| | |
|---|---|
| Edward F. Behm, Jr.<br>ARMSTRONG TEASDALE LLP<br>Attorney I.D. No. 017972002<br>2005 Market Street<br>29th Floor, One Commerce Square<br>Philadelphia, PA 19103<br>Telephone: 267.780.2000<br>Fax: 215.405.9070 | Richard L. Brophy*<br>Zachary C. Howenstine*<br>Margaret R. Szewczyk*<br>Michael W. Carwin*<br>ARMSTRONG TEASDALE LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105<br>Telephone:  314.621.5070<br>Fax:  314.621.5065<br>*Pro Hac Vice Forthcoming* |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RCN TELECOM SERVICES, LLC, et al.,<br><br>　　　　Defendants. | No.  3:19-cv-17272-MAS-ZNQ<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

TO:　ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on a date and time set by the Court, the undersigned, counsel for Defendant Patriot Media Consulting, LLC ("Patriot"), shall, before the Honorable Michael A. Shipp, United States District Judge for the District of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, NJ, move for dismissal of Plaintiffs' Amended

Complaint in the above-captioned action for the reasons set forth in the accompanying Memorandum of Law.

Pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), Patriot respectfully requests that the Court hold oral argument on this Motion.

Dated: January 21, 2020

/s/Edward F. Behm, Jr.
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Fax: 215.405.9070
ebehm@armstrongteasdale.com

Richard L. Brophy*
Zachary C. Howenstine*
Margaret R. Szewczyk*
Michael W. Carwin*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065
rbrophy@armstrongteasdale.com
zhowenstine@armstrongteasdale.com
mszewczyk@armstrongteasdale.com
mcarwin@armstrongteasdale.com
*Pro Hac Vice Forthcoming

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2020, I caused a copy of the foregoing Notice of Motion to Dismiss Plaintiffs' Amended Complaint to be served upon all counsel of record via ECF notification.

By: _/s/ Edward F. Behm_
Edward F. Behm