Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Fax: 215.405.9070

Richard L. Brophy (*pro hac vice*)
Zachary C. Howenstine (*pro hac vice*)
Margaret R. Szewczyk (*pro hac vice*)
Abigail L. Twenter (*pro hac vice*)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Fax:  314.621.5065

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RCN TELECOM SERVICES, LLC, et al., <br><br> Defendants. | **No.  3:19-cv-17272-MAS-ZNQ** <br><br><br> **NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL W. CARWIN** |

Please take notice that the appearance of Michael W. Carwin as counsel for Defendants RCN Telecom Services, LLC, RCN Telecom Services of New York, L.P., RCN Capital Corp., RCN Telecom Services of Philadelphia, LLC, RCN Telecom Services of Massachusetts, LLC, Starpower Communications, LLC, RCN Management Corporation, RCN ISP, LLC, RCN Digital Services, LLC, RCN NY LLC 1, RCN Telecom Services (Lehigh), LLC, RCN Telecom Services of Illinois, LLC, 21st Century Telecom Services, Inc., RCN Cable TV of Chicago, Inc., and Patriot Media Consulting, LLC, and Patriot Media Consulting LLC, is hereby withdrawn. Armstrong Teasdale LLP and counsel Edward F. Behm, Jr., Richard L. Brophy, Zachary C. Howenstine, Margaret R. Szewczyk, and Abigail L. Twenter will continue to represent Defendants in this case.

*/s/ Edward F. Behm, Jr.*
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
Attorney I.D. No. 017972002
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Fax: 215.405.907