# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

July 20, 2020

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re:   *UMG Recordings, Inc. et al.  v. RCN Telecom Services, LLC et al.*
       Civil Action No. 19-17272 (MAS) (ZNQ)

Dear Judge Quraishi:

This firm is counsel of record for plaintiffs in the referenced matter.  On January 17, 2020, Stephanie Lopez, Esq., who at the time was an associate with the firm, entered her appearance for plaintiffs. (ECF No. 14).  She has since left the firm.  Accordingly, plaintiffs respectfully request leave of Court to withdraw Ms. Lopez's appearance on their behalf.

Ms. Lopez's withdrawal will not cause any delay or disruption of these proceedings because plaintiffs continue to be represented by other attorneys from McElroy, Deutsch, Mulvaney & Carpenter, LLP, as well as by attorneys from our co-counsel, Stein Mitchell Beato & Missner LLP, who have been admitted *pro hac vice*.

We have included a "So Ordered" provision at the end of this letter in the hope that this meets with Your Honor's approval.  We greatly appreciate the Court's consideration of this request.

Respectfully yours,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

GEORGE C. JONES

cc:   All counsel (via ECF)

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE    FLORIDA    RHODE ISLAND

# McElroy, Deutsch, Mulvaney & Carpenter, LLP

Hon. Zahid N. Quraishi, U.S.M.J.
July 20, 2020
Page 2


       **SO ORDERED** this _____ day of _____, 2020.


_____
HONORABLE ZAHID N. QURAISHI
United States Magistrate Judge