# McElroy, Deutsch, Mulvaney & Carpenter, LLP
ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

August 6, 2020

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
             Civil Action No. 19-17272 (MAS) (ZNQ)

Dear Judge Quraishi:

      This firm, along with our co-counsel Stein Mitchell Beato & Missner LLP, represents Plaintiffs in the referenced matter. Plaintiffs and Defendants have reached agreement on the terms of a Discovery Confidentiality Order for this case, in the form attached hereto. In accordance with Local Civil Rule 5.3(b), the parties hereby jointly request the entry of this Order. We greatly appreciate the Court's consideration of this request.

                                          Respectfully yours,

                                  McElroy, Deutsch, Mulvaney & Carpenter, LLP

                                               */s/ George C. Jones*
                                               George C. Jones

Attachment
cc:    All counsel (via ECF and e-mail)