# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

September 10, 2020

**VIA ECF AND REGULAR MAIL**

Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
              Civil Action No. 19-17272 (MAS) (ZNQ)

Dear Judge Quraishi:

      This firm, along with our co-counsel Stein Mitchell Beato & Missner LLP, represents plaintiffs in the referenced matter. I write to inform the Court that plaintiffs have also retained Jenner & Block LLP to serve as co-counsel and to seek the Court's permission for Andrew H. Bart and Jacob L. Tracer, both of Jenner & Block, to appear on behalf of plaintiffs *pro hac vice*. This letter is submitted in lieu of a formal motion, as counsel for defendants has consented to the *pro hac vice* admissions of these attorneys.

      I enclose for Your Honor's consideration in this regard a copy of my Declaration submitted in support of this application as well as copies of the Declarations of Andrew H. Bart and Jacob L. Tracer. I am also enclosing a proposed form of Order providing for their *pro hac vice* admissions. We respectfully request that Your Honor enter the enclosed Order.

Respectfully yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*/s/ George C. Jones*

George C. Jones

Enclosures
cc:    All counsel (by ECF and e-mail)