UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC et al.,<br><br>Defendants. | Civil Action No. 19-17272 (MAS) (ZNQ) |

**ORDER GRANTING CONSENT APPLICATION FOR THE ADMISSIONS
*PRO HAC VICE* OF ANDREW H. BART AND JACOB L. TRACER**

THIS MATTER having come before the Court on the application made by McElroy, Deutsch, Mulvaney & Carpenter, LLP ("the movant"), attorneys for plaintiffs in the above-captioned matter, seeking the *pro hac vice* admissions of Andrew H. Bart and Jacob L. Tracer ("counsel") pursuant to Local Civil Rule 101.1; and the Court having considered the submissions in support of the application, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 101.1(c)(1); and defendants having consented to the application; and for good cause shown,

IT IS on this 15th day of September, 2020,

ORDERED that the motion for the *pro hac vice* admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that counsel are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter;

IT IS FURTHER ORDERED that the movant shall (a) be attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this case, and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to the Court in this case; (d) appear at all proceedings; and (e) be responsible for the conduct of this case and of counsel admitted hereby;

IT IS FURTHER ORDERED that counsel shall each make payment to the New Jersey Lawyers' Fund for Client Protection, pursuant to New Jersey Court Rule 1:28-2, for each year in which counsel represent the clients in this matter;

IT IS FURTHER ORDERED that counsel shall each pay $150 to the Clerk of the United States District Court for the District of New Jersey for their admission *pro hac vice* in this matter, in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or their inability to be in attendance at proceedings.

_____
HON. ZAHID N. QURAISHI
United States Magistrate Judge