# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

October 28, 2020

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:   *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
            Civil Action No. 19-17272 (MAS) (ZNQ)

Dear Judge Quraishi:

    This firm, along with our co-counsel Jenner & Block LLP and Stein Mitchell Beato & Missner LLP, represents Plaintiffs/Counterclaim Defendants and Counterclaim Defendant Recording Industry Association of America, Inc. in the referenced matter. The parties have reached agreement with non-party TPG Capital on the terms of a Stipulated Supplemental Protective Order, in the form attached hereto, applicable to the production of certain confidential information by TPG. In accordance with Local Civil Rule 5.3(b), we hereby jointly request the entry of this Order. We greatly appreciate the Court's consideration of this request.

                          Respectfully yours,

                          McElroy, Deutsch, Mulvaney & Carpenter, LLP

                          */s/ George C. Jones*

                          George C. Jones

Attachment
cc:   All counsel of record (via ECF and e-mail)
       Kevin J. Post, Esq. (via e-mail)
       Cassandra B. Roth, Esq. (via e-mail)