Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

*Attorneys for Plaintiffs and*
*Recording Industry Association of America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC, *et al.*,<br><br>Defendants.<br><br>and<br><br>RCN TELECOM SERVICES, LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>UMG RECORDINGS, INC., *et al.*,<br><br>Counterclaim Defendants. | Civil Action No. 19-17272<br>(MAS) (ZNQ)<br><br><br><br>**NOTICE OF MOTION BY PLAINTIFFS AND THE RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC. TO DISMISS COUNTERCLAIMS** |

TO  ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, December 7, 2020, at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs/Counterclaim Defendants

UMG Recordings, Inc., *et al.* ("Plaintiffs") and Counterclaim Defendant Recording Industry Association of America, Inc. ("RIAA"), by and through counsel, shall move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for dismissal of Defendant RCN Telecom Services, LLC's Counterclaims (Dkt. No. 104).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs and RIAA will rely on the accompanying Memorandum of Law. A proposed form of Order is also submitted herewith.

Dated:  November 6, 2020          Respectfully submitted,

*/s/ Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH, MULVANEY
  & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Tel: (973) 993-8100
Fax: (973) 425-0161
tcurtin@mdmc-law.com
gjones@mdmc-law.com

Andrew H. Bart (*pro hac vice*)
Jacob L. Tracer (*pro hac vice*)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699

abart@jenner.com
jtracer@jenner.com

Robert B. Gilmore (*pro hac vice*)
Philip J. O'Beirne (*pro hac vice*)
Michael A. Petrino (*pro hac vice*)
Kevin L. Attridge (*pro hac vice*)
STEIN MITCHELL BEATO
 & MISSNER LLP
901 15th Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 737-7777
Fax: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

*Attorneys for Plaintiffs and Recording Industry Association of America, Inc.*