**LAW OFFICE OF BRIAN J. LEVINE**
**Brian J. Levine, Esq. (037891987)**
75 North Bridge Street
Somerville, New Jersey 08876
(908) 243-0111
*Attorneys for Counterclaim Defendant, Rightscorp., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC. <br><br> Plaintiff(s), <br><br> vs. <br><br> RCN TELECOM SERVICES, LLC, ET ALS. <br><br> Defendant(s) <br><br> **and** <br><br> RCN TELECOM SERVICES, LLC, <br><br> Counterclaim Defendants; <br><br> **RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.,** <br><br> Counterclaim Defendants; <br><br> **RIGHTSCORP., INC.** <br><br> Counterclaim Defendants. | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** <br><br> Civil Action No.: 3:19-cv-17272-MAS-ZNQ |

Application is hereby made for a Clerk's Order extending time within which counterclaim defendant, Rightscorp., Inc., may move, or otherwise reply to the counterclaim filed by defendants/counterclaim plaintiffs RCN Telecom Services, LLC, et.al. and it is represented that:

1. No previous extension has been obtained;

2. Service of Process of the Counterclaim was effectuated on counterclaim defendant on October 22, 2020, although counterclaim defendant reserves the right to dispute propriety of the Service of Process;

3. Counsel for defendants/counterclaim plaintiffs has consented to the requested extension; and

4. Time to Answer, Move or otherwise Reply expires on November 13, 2020.

_____
BRIAN J. LEVINE, ESQ.
75 North Bridge Street
Somerville, New Jersey 08876
*Attorneys for counterclaim defendant,
Rightscorp., Inc.*

## ORDER

The above application is ORDERED GRANTED. Counterclaim defendant, Rightscorp., Inc.'s, time to Answer, move or otherwise reply is extended to December 11, 2020.

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk