LAW OFFICE OF BRIAN J. LEVINE
Brian J. Levine, Esq. (037891987)
75 North Bridge Street
Somerville, New Jersey 08876
(908) 243-0111
*Attorneys for Counterclaim Defendant, Rightscorp., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC. | **CONSENT ORDER** |
| Plaintiff(s), | |
| vs. | Civil Action No.: 3:19-cv-17272-MAS-ZNQ |
| RCN TELECOM SERVICES, LLC, ET ALS. | |
| Defendant(s) | |
| and | |
| RCN TELECOM SERVICES, LLC, | |
| Counterclaim Plaintiff; | |
| RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., | |
| Counterclaim Defendants; | |
| RIGHTSCORP, INC. | |
| Counterclaim Defendants. | |

This matter being opened to the court by the Law Office of Brian J. Levine, as counsel for the counterclaim defendant, Rightscorp, Inc., for an order extending Rightscorp's time to answer, move or otherwise reply to the counterclaim of Counterclaim Plaintiff RCN Telecom Services, LLC set forth in Defendants' First Amended Answer and Counterclaims (ECF No. 104) until December 11, 2020; and no previous extensions of time having been granted or obtained; and counsel for Counterclaim Plaintiff RCN Telecom Services, LLC, Zachary Howenstein of

Armstrong Teasdale, LLP, having consented to this extension of time; and good cause having been shown,

It is on this 19th day of November 2020;

**ORDERED** that the time in which counterclaim defendant, Rightscorp, Inc. is permitted to answer or otherwise file a responsive pleading to the Counterclaim is hereby extended until December 11, 2020; and it is further

**ORDERED** that a copy of this Order be served upon all parties within three (3) days from the date hereof.

_____
Honorable Zahid N. Quraishi
United States Magistrate Judge