# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

1300 MOUNT KEMBLE AVENUE
P.O. BOX 2075
MORRISTOWN, NEW JERSEY 07962-2075
(973) 993-8100
FACSIMILE (973) 425-0161

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmc-law.com

November 30, 2020

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

     Re:   *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
            Civil Action No. 19-17272 (MAS) (ZNQ)

Dear Judge Quraishi:

     We represent Plaintiffs and the Recording Industry Association of America (RIAA). Plaintiffs, the RIAA, Rightscorp, and RCN jointly submit this request to continue the Thursday, December 3, 2020 status conference until early January 2021, at a date and time that is convenient for Your Honor. Counsel for Rightscorp has a preexisting scheduling conflict involving his duties as a municipal court judge, and therefore he is unavailable to attend this conference. Furthermore, the parties submit that there are no existing schedule or discovery matters that need to be addressed at this point. We believe that a conference in early January is more likely to be productive, as that will allow time for the parties to assess the progress on discovery over the last month of this year and identify any issues that might need Your Honor's assistance to resolve.

Respectfully yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

*/s/ Thomas R. Curtin*

Thomas R. Curtin

cc:   All counsel (by ECF and e-mail)

Conference call adjourned to 1/6/2021 at 2pm.
SO ORDERED:
s/Zahid N. Quraishi, U.S.M.J.
Dated: 12/1/2020

NEW JERSEY   NEW YORK   PENNSYLVANIA   CONNECTICUT   MASSACHUSETTS   COLORADO   DELAWARE   FLORIDA   RHODE ISLAND