UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RCN TELECOM SERVICES, LLC, et al.,<br><br>　　　　Defendants.<br><br>and<br><br>RCN TELECOM SERVICES, LLC,<br><br>　　　　Counterclaim Plaintiff,<br><br>vs.<br><br>UMG RECORDINGS, INC., et al.,<br><br>　　　　Counterclaim Defendants;<br><br>RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.,<br><br>　　　　Counterclaim Defendant;<br><br>RIGHTSCORP, INC.,<br><br>　　　　Counterclaim Defendant. | No.  3:19-cv-17272-MAS-ZNQ<br><br>**CONSENT ORDER EXTENDING TIME TO OPPOSE AND REPLY TO MOTION TO DISMISS** |

　　　　THIS MATTER having been opened to the Court on the application of Defendant and Counterclaim Plaintiff RCN Telecom Services, LLC, and Counterclaim Defendant Rightscorp, Inc., for an order extending RCN's time to oppose Rightscorp's Motion to Dismiss Counterclaims (ECF No. 136) through and including January 12, 2021 and extending Rightscorp's time to thereafter reply through and including January 26, 2021; RCN having previously obtained the automatic extension available under Local Civil Rule 7.1(d)(5);

and counsel for Defendants and Counterclaim Plaintiff RCN Telecom Services, LLC, and Counterclaim Defendant Rightscorp, Inc. having consented to this extension of time; and good cause appearing,

IT IS on this 30th day of December, 2020,

ORDERED that the time within which Defendant and Counterclaim Plaintiff RCN Telecom Services, LLC, may oppose Counterclaim Defendant Rightscorp, Inc.'s Motion to Dismiss Counterclaims is hereby extended through and including January 12, 2021 and the time within which Counterclaim Defendant Rightscorp, Inc. may reply to the opposition of its Motion to Dismiss Counterclaims is hereby extended through and including January 26, 2021.

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge

The undersigned hereby consent to the entry of the foregoing order.

*/s/ Edward F. Behm, Jr.*
Edward F. Behm, Jr.
ARMSTRONG TEASDALE LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
(267) 780-2000
ebehm@armstrongteasdale.com

Richard L. Brophy (admitted *pro hac vice*)
Zachary C. Howenstine (admitted *pro hac vice*)
Margaret R. Szewczyk (admitted *pro hac vice*)
Michael W. Carwin (admitted *pro hac vice*)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
(314) 621-5070

*Attorneys for Defendants and Counterclaim Plaintiff*

*/s/ Brian J. Levine*
Brian J. Levine
Law Office of Brian J. Levine
75 North Bridge Street
Somerville, New Jersey 08876
PH: 908-243-0111
FAX: 908-243-0222
blevine@bllawnj.com

*Attorney for Counterclaim Defendant Rightscorp, Inc.*