**LAW OFFICE OF BRIAN J. LEVINE**
**Brian J. Levine, Esq. (037891987)**
75 North Bridge Street
Somerville, New Jersey 08876
(908) 243-0111
*Attorneys for Counterclaim Defendant, Rightscorp., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC. :<br><br>                    Plaintiff(s),<br><br>vs.<br><br>RCN TELECOM SERVICES, LLC, ET ALS.<br><br>                    Defendant(s)<br>**and**<br><br>RCN TELECOM SERVICES, LLC,<br><br>                    Counterclaim Plaintiff;<br><br>**RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.**,<br><br>                    Counterclaim Defendants;<br><br>**RIGHTSCORP., INC.**<br><br>                    Counterclaim Defendants. | Civil Action No.: 3:19-cv-17272-MAS-ZNQ<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Counsel, Brad R. Newberg, McGuireWoods, 1750 Tysons Boulevard, Suite 1800, Tysons, Virginia 22102 hereby withdraws as counsel, *pro hac vice,* for Counterclaim defendant, Rightscorp., Inc., as he has recently been appointed as a judge for the Copyright Claims Board. The undersigned remains as counsel for Counterclaim defendant, Rightscorp., Inc. in the within matter.

                                                    /s/ Brian J. Levine
                                                    Brian J. Levine
                                                    Attorney for Counterclaim
                                                    Defendant, Rightscorp, Inc.

Dated:  July 30, 2021