# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

GEORGE C. JONES
Direct Dial: (973) 401-7145
gjones@mdmc-law.com

July 30, 2021

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:    *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
                  Civil Action No. 19-17272 (MAS) (TJB)

Dear Judge Bongiovanni:

    This firm, along with our co-counsel Jenner & Block LLP and Stein Mitchell Beato & Missner LLP, represents Plaintiffs/Counterclaim Defendants ("Plaintiffs") and Counterclaim Defendant Recording Industry Association of America, Inc. ("RIAA") in the referenced matter. We jointly write with Counterclaim-Defendant Rightscorp, Inc. ("Rightscorp") to request an extension of time for Plaintiffs, RIAA, and Rightscorp to file their respective responses to Defendants' July 20, 2021 Amended Counterclaim (ECF No. 161) from August 3, 2021 to August 31, 2021.

    The primary reason for this extension is that Brad Newberg, counsel for Rightscorp, intends to file a motion to withdraw from the case this week because he is leaving private practice, and Rightscorp requires additional time to identify and secure replacement counsel. As it stands, Rightscorp's new counsel will not have adequate time to become educated on the case and respond to Defendants' Amended Counterclaims.

    Defendants RCN Telecom Services, LLC *et al.* have consented to the August 31, 2021 extension date, and prefer that Plaintiffs, RIAA, and Rightscorp all respond on that same proposed due date. We respectfully request the Court's approval of that extension.

# McElroy Deutsch

Hon. Tonianne J. Bongiovanni, U.S.M.J.
July 30, 2021
Page 2

      We have included a "So Ordered" provision at the end of this letter in the hope that this extension is acceptable to the Court.

                              Respectfully yours,

                    McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                              GEORGE C. JONES

cc: All counsel (via ECF and e-mail)

      **SO ORDERED** this <u>30th</u> day of <u>July</u>, 2021.

                              HON. TONIANNE J. BONGIOVANNI
                              United States Magistrate Judge