# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES, LLC, *et al.*, <br><br> Defendants. <br><br> and <br><br> RCN TELECOM SERVICES, LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> U UMG RECORDINGS, INC., et al., RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., and RIGHTSCORP, INC. <br><br> Counterclaim Defendants. | Civil Action No. 19-17272 (MAS) (TJB) <br><br><br> **ORDER DISMISSING AMENDED COUNTERCOMPLAINT AGAINST RIGHTSCORP, INC.** |

**THIS MATTER** having come before the Court on the Motion of Counterclaim Defendant Rightscorp, Inc. ("Rightscorp") to Dismiss the Amended Countercomplaint asserted by Defendant RCN Telecom Services, LLC (ECF No. 161); and the Court having considered the arguments in support thereof and opposition thereto, and for good cause shown;

**IT IS** on this_____day of_____, 2021,

1

**ORDERED** that the Motion of Rightscorp to Dismiss Defendants RCN Telecom Services, LLC, *et al.'s* Amended Counterclaims is hereby **GRANTED**; and it is further

**ORDERED** that Defendants RCN Telecom Services, LLC, *et al.'s* Amended Counterclaims are hereby **DISMISSED** with prejudice and in their entirety as against Rightscorp.

```
_____
HONORABLE MICHAEL A. SHIPP
United States District Judge
```