# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmc-law.com

September 10, 2021

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

      Re:    *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
             Civil Action No. 19-17272 (MAS) (TJB)

Dear Judge Bongiovanni:

      We represent Plaintiffs and Counterclaim-Defendant Recording Industry Association of America, Inc. ("RIAA") in this action. We submit this letter on behalf of all parties to request a 45-day extension of: (1) the deadline for the submission of written discovery disputes (from September 13, 2021 to October 28, 2021), and (2) the deadline for the close of fact discovery (from December 13, 2021 to January 27, 2022).

      The Court previously extended these deadlines in its June 27, 2021 Order. *See* ECF No. 163. Since that time, the parties have worked diligently to address the document discovery issues they previously identified to the Court, including issues related to privilege logs, supplementing written discovery responses, and completing productions of responsive documents and data. Additionally, new counsel for Counterclaim-Defendant Rightscorp, Inc. recently entered their appearances in this case. *See* ECF No. 170. However, a number of issues remain to be resolved. The parties are actively meeting and conferring regarding these issues, and having additional time to complete that process will likely narrow the scope of issues that require resolution by the Court. Thus, good cause exists for the requested extensions.

      Further, the requested extensions will not affect any other dates in this action. No depositions have been scheduled to date, and there are no deadlines set by the Court beyond the close of fact discovery.

# McElroy Deutsch

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Septembe 10, 2021
Page 2

      Accordingly, the parties respectfully request that the Court grant the requested extensions described above. We have included a proposed "So Ordered" line at the end of this letter in the hope that this proposal is acceptable to the Court.

                                  Respectfully submitted,

                           McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                                  *s/ Thomas R. Curtin*

                                  THOMAS R. CURTIN

cc: All counsel (via ECF and e-mail)

      **SO ORDERED** this \_\_\_\_\_ day of September, 2021.

                                  _____
                                  HON. TONIANNE J. BONGIOVANNI
                                  United States Magistrate Judge