Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973) 993-8100

*Attorneys for Plaintiffs and*
*Recording Industry Association of America, Inc.*

[Additional Counsel Listed in Signature Block]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RCN TELECOM SERVICES, LLC, *et al.*,<br><br>    Defendants.<br><br>and<br><br>RCN TELECOM SERVICES, LLC,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>UMG RECORDINGS, INC., *et al.*,<br><br>    Counterclaim Defendants. | No. 19-cv-17272-MAS-TJB<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS UMG RECORDINGS, INC. AND CAPITOL RECORDS, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC hereby amend their corporate

disclosure statement to reflect recent changes in their corporate structures and disclose the following:

UMG Recordings, Inc. and Capitol Records, LLC's ultimate parent is Universal Music Group, N.V., a Netherlands public limited company. No other publicly-traded company owns ten percent (10%) or more of UMG Recordings, Inc. or Capitol Records, LLC.

Dated: October 8, 2021

Respectfully submitted,

/s/ Thomas R. Curtin
Thomas R. Curtin
George C. Jones
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
tcurtin@mdmc-law.com
gjones@mdmc-law.com

Andrew H. Bart (*pro hac vice*)
Jacob L. Tracer (*pro hac vice*)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Tel: (212) 891-1600
Fax: (212) 891-1699
abart@jenner.com
jtracer@jenner.com

          Robert B. Gilmore (*pro hac vice*)
          Philip J. O'Beirne (*pro hac vice*)
          Michael A. Petrino (*pro hac vice*)
          Kevin L. Attridge (*pro hac vice*)
          STEIN MITCHELL BEATO
           & MISSNER LLP
          901 15th Street, N.W., Suite 700
          Washington, DC 20005
          Telephone: (202) 737-7777
          Facsimile: (202) 296-8312
          rgilmore@steinmitchell.com
          pobeirne@steinmitchell.com
          mpetrino@steinmitchell.com
          kattridge@steinmitchell.com

          *Attorneys for Plaintiffs and Recording*
          *Industry Association of America, Inc.*