Brian J. Levine
Law Office of Brian J. Levine
75 North Bridge Street
Somerville, New Jersey 08876
(908) 243-0111

*Attorney for Counterclaim Defendant
Rightscorp, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC. *et al.,*<br><br>   Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC *et al.*,<br><br>   Defendants.<br><br>and<br><br>RCN TELECOM SERVICES, LLC *et al.*,<br><br>   Counterclaim Plaintiffs,<br><br>v.<br><br>UMG RECORDINGS, INC., *et al.*, RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., and RIGHTSCORP, INC.<br><br>   Counterclaim Defendants. | Civil Action No. 19-17272 (MAS) (TJB)<br><br>**CERTIFICATE OF SERVICE** |

  The undersigned member of the bar of this Court hereby certifies that service was made of the following documents:

  (1) Reply Brief in Support of Motion by Rightscorp. Inc. to Dismiss Amended Countercomplaint; and

  (2) this Certificate of Service

1

by serving true copies thereof on the following counsel via ECF and electronic mail on October 27, 2021;

    Edward F. Behm, Jr.
    ARMSTRONG TEASDALE LLP
    2005 Market Street, 29th Floor
    One Commerce Square
    Philadelphia, PA 19103
    *ebehm@armstrongteasdale.com*

    Richard L. Brophy
    Zachary C. Howenstine
    Margaret R. Szewczyk
    Michael W. Carwin Kyle
    G. Gottuso
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Blvd., Suite 1800
    St. Louis, MO 63105
    *rbrophy@armstrongteasdale.com*
    *zhowenstine@armstrongteasdale.com*
    *mszewczyk@armstrongteasdale.com*
    *mcarwin@armstrongteasdale.com*
    *kgottuso@armstrongteasdale.com*

    *Attorneys for Defendants and*
    *Counterclaim Plaintiff RCN Telecom Services, LLC*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                  *s/Brian J. Levine*

Dated: October 27, 2021