# EXHIBIT 3

## Exhibit 3
### Email Chains with Nominal or No Attorney Involvement

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 1 | RCNPriv0002 | Notification Regarding Alleged Copyright Infringement | Email reflecting draft DMCA notification prepared by outside counsel pursuant to RCN's DMCA policy and process. | 1 | X (1) | | |
| 2 | RCNPriv0003 | Notification Regarding Alleged Copyright Infringement | Email reflecting draft DMCA notification prepared by outside counsel pursuant to RCN's DMCA policy and process. | 1 | X (1) | | |
| 3 | RCNPriv0051-RCNPriv0052 | RCN – DMCA Policy & FAQs | Email and attachment reflecting legal advice regarding DMCA policy. | 1 | X (1) | | |
| 4 | RCNPriv0325-RCNPriv0326 | Re: Letters | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | X (1) | | |
| 5 | RCNPriv0340-RCNPriv0342 | Can you please print the attachments? | Email and attachments reflecting legal advice and analysis regarding DMCA policy and process. | 1 | X (1) | | |
| 6 | RCNPriv0423 | reminder | Privileged communication discussing seeking legal advice regarding DMCA process. | 1 | X (1) | | |
| 7 | RCNPriv0595 | FW: Confidential: Information – The view is refreshed | Email reflecting legal advice and analysis regarding DMCA policy and process | 1 | X (1) | | |
| 8 | RCNPriv0596-RCNPriv0602 | FW: Confidential: Information - do we need to change the design for your new view - VW_ACNS_DAILY? | Email reflecting legal advice and analysis regarding DMCA policy and process. | 7 | X (7) | | |
| 9 | RCNPriv0649 | FW: [redacted] Copyright Infringement Notification | Privileged communication discussing seeking legal advice regarding DMCA process. | 1 | X (1) | | |
| 10 | RCNPriv0662-RCNPriv0664 | Confidential: RCN Internet Service at [redacted] | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | X (1) | | |
| 11 | RCNPriv0810-RCNPriv0811, RCNPriv0829-RCNPriv0830 | FW: Confidential: Questions | Email and attachment regarding legal advice and analysis regarding DMCA policy. | 2* | X (2) | | |
| 12 | RCNPriv1136-RCNPriv1138 | PopUp 1 Screen | Privileged communication reflecting legal advice and analysis regarding DMCA process and procedures. | 1 | X (1) | | |
| 13 | RCNPriv1152 | test | Privileged communication reflecting legal advice and analysis regarding DMCA process and procedures. | 1 | X (1) | | |
| 14 | RCNPriv1510 | 222173633375 Copyright Infringement | Attachment to privileged email prepared at the direction of an attorney relating to draft DMCA policy. | 1 | X (1) | | |
| 15 | RCNPriv1568-RCNPriv1569 | Re: dmca | Privileged communication reflecting legal advice regarding DMCA process. | 2 | X (2) | | |
| 16 | RCNPriv0063-RCNPriv0064 | Re: DMCA FAQ | Privileged communication reflecting legal advice regarding DMCA policy. | 2 | X (1) | X (1) | |

[1] The seven entries in this chart that are designated with an asterisk (*) are either (1) groups of emails that are closely related but do not technically constitute an email chain, or (2) groups of emails that are likely in the same email chain, but because RCN only provided the sent *date* and not the specific sent *time* for its privilege log entries, it is difficult to delineate between emails chains.

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 17 | RCNPriv0195-RCNPriv0207, RCNPriv0210 | CONFIDENTIAL: WEB HOSTING PROJECT QUESTIONS | Status update information including legal advice and action items for legal team regarding DMCA process. | 9 | X (7) | X (2) | |
| 18 | RCNPriv0214-RCNPriv0216, RCNPriv0676-RCNPriv0680, RCNPriv0699-RCNPriv0700 RCNPriv1102 | CONFIDENTIAL: WEB HOSTING PROJECT UPDATES | Status update information including legal advice and action items for legal team regarding DMCA process. | 9 | X (2) | X (7) | |
| 19 | RCNPriv0311-RCNPriv0314, RCNPriv0316-RCNPriv0319, RCNPriv0386-RCNPriv0388, | CONFIDENTIAL: Update to BUSINESS DMCA Policy on rcn.com site | Privileged communication reflecting legal advice regarding DMCA policy (RCNPriv0311-RCNPriv0314, RCNPriv0316-RCNPriv0319, RCNPriv0386-RCNPriv0388); Email (and attachment, where applicable) reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0424-RCNPriv0436) | 12 | X (3) | X (9) | |
| 20 | RCNPriv0424-RCNPriv0436 | Re: REVISED: Web Hosting Report | Email reflecting legal advice and analysis regarding DMCA policy and process. | 11 | X (2) | X (9) | |
| 21 | RCNPriv0445, RCNPriv0450, RCNPriv0455-RCNPriv0456, RCNPriv0458-RCNPriv0460, RCNPriv0464-RCNPriv0466, RCNPriv0470-RCNPriv0472 | Confidential: Notice Information | Email reflecting legal advice and analysis regarding DMCA process and policy. | 9 | X (6) | X (3) | |
| 22 | RCNPriv0446, RCNPriv0447, RCNPriv0451-RCNPriv0454 | Confidential: Non-compliance Notice | Privileged communication conveying legal advice from outside counsel and in-house counsel regarding DMCA process (RCNPriv0446); Email reflecting legal advice and analysis regarding DMCA policy and process (RCNPriv0451-454). | 5* | X (5) | X (1) | |
| 23 | RCNPriv0515-RCNPriv0526 | CONFIDENTIAL: Sample - Re: Unauthorized Use of TC-cab1f633-57b6-4ae5-9a86-39d23253d657 | Email reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0515, 521, 523-525); Privileged email reflecting legal advice and analysis regarding DMCA policy. (RCNPriv0516-519, 522, 526); Privileged email seeking legal advice and analysis regarding DMCA policy. (RCNPriv0520) | 12 | X (2) | X (10) | |
| 24 | RCNPriv0558-RCNPriv0565, RCNPriv0567-RCNPriv0572 | Confidential: VERY IMPORTANT: Web Hosting Update | Privileged email reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0558-0559, 0561, 0563, 0567-0568, 0570-0572); Privileged communication seeking legal advice and analysis regarding DMCA process. (RCNPriv0560) | 10 | X (4) | X (6) | |
| 25 | RCNPriv0651-RCNPriv0653 | Confidential | Privileged communication reflecting legal advice regarding DMCA policy. | 3 | X (1) | X (2) | |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 26 | RCNPriv0665-RCNPriv0668 | DMCA - digitally signed notices; DMCA - digitally signed notices | Privileged communication reflecting legal advice regarding DMCA policy. | 4 | X (3) | X (1) | |
| 27 | RCNPriv0669-RCNPriv0673 | Re: DMCA - digitally signed notices [confidential] | Privileged communication reflecting legal advice regarding DMCA policy. | 5 | X (1) | X (4) | |
| 28 | RCNPriv0840-RCNPriv0851 | [redacted] DMCA Notice - Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 10 | X (5) | X (5) | |
| 29 | RCNPriv0920-RCNPriv0922, RCNPriv0924-RCNPriv0925 | Re: Confidential mailto: [redacted] | Email reflecting legal advice and analysis regarding DMCA policy and process. | 5 | X (1) | X (4) | |
| 30 | RCNPriv1317-RCNPriv1320 | confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | X (1) | X (1) | |
| 31 | RCNPriv0024-RCNPriv0029 | CONFIDENTIAL Web Host Project Documents.msg | Email and attachments reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | X (1) | |
| 32 | RCNPriv0049-RCNPriv0050 | Re: CONFIDENTIAL: digital signatures | Privileged communication reflecting legal advice regarding DMCA policy. | 2 | | X (2) | |
| 33 | RCNPriv0053-RCNPriv0056 | CONFIDENTIAL – sample email forward for 06/01/2016 | Privileged email seeking legal advice regarding DMCA policy. | 4 | | X (4) | |
| 34 | RCNPriv0057-RCNPriv0059 | Watson Article 1546 Views – Web Hosting Project – CONFIDENTIAL | Email and attachments reflecting legal advice regarding DMCA policy. | 1 | | X (1) | |
| 35 | RCNPriv0072 | CONFIDENTIAL -DMCA Complaint Retraction Letter; CONFIDENTIAL - DMCA Complaint Retraction Letter | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 36 | RCNPriv 0074, RCNPriv0078, RCNPriv0083, RCNPriv0088, RCNPriv0217, RCNPriv0279, RCNPriv0280, RCNPriv0281, RCNPriv0377-RCNPriv0382 | CONFIDENTIAL – SAMPLE – DMCA Violation Notification For [Redacted] | Privileged communication reflecting legal advice regarding DMCA policy. | 14* | | X (13) | |
| 37 | RCNPriv0079-RCNPriv0082 | CONFIDENTIAL: Web Hosting Link | Email reflecting legal advice re DMCA notices. | 4 | | X (4) | |
| 38 | RCNPriv0089-RCNPriv0092 | Confidential | Email and attachments reflecting legal advice and analysis regarding DMCA process. | 1 | | X (1) | |
| 39 | RCNPriv0093-RCNPriv0096 | confidential | Email and attachments reflecting legal advice and analysis regarding DMCA process. | 1 | | X (1) | |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 40 | RCNPriv0097-RCNPriv0100 | CONFIDENTIAL: Documents | Email and attachments reflecting legal advice and analysis regarding DMCA process. | 1 | | X (1) | |
| 41 | RCNPriv0101-RCNPriv0102, RCNPriv0104, RCNPriv0106-RCNPriv0107, RCNPriv0112-RCNPriv0113-RCNPriv0117, RCNPriv0150 | Confidential: Voicemail Message | Email reflecting legal advice and analysis regarding DMCA policy and process. | 12 | | X (12) | |
| 42 | RCNPriv0103, RCNPriv0105 | Confidential: Updating Bolt | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 43 | RCNPriv0108-RCNPriv0111 | Confidential: Sample Letter | Email and attachment requesting legal advice and analysis regarding DMCA process. | 4 | | X (4) | |
| 44 | RCNPriv0118-RCNPriv0138 | Confidential: Web Hosting Call Info | Email and attachment requesting legal advice and analysis regarding DMCA process. | 1 | | X (1) | |
| 45 | RCNPriv0139, RCNPriv0141-RCNPriv0142, RCNPriv0146-RCNPriv0149, RCNPriv0160 | Confidential: RCN.com Change Needed | Email reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0139,0141-142,146-149); Privileged communication regarding advice of attorney on DMCA policy. (RCNPriv0160) | 8 | | X (8) | |
| 46 | RCNPriv0140, RCNPriv0143-RCNPriv0145 | Confidential: Sample | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 47 | RCNPriv0156-RCNPriv0159 | Web Hosting Info | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 48 | RCNPriv0163 | CONFIDENTIAL: RCN DMCA Progress Report [IWOV- iDocs.FID2884944] | Email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 49 | RCNPriv0164-RCNPriv0172 | CONFIDENTIAL: Sample Letters | Privileged communication seeking legal advice regarding DMCA process. | 1 | | X (1) | |
| 50 | RCNPriv0173 | CONFIDENTIAL: PUBLIC KEY AND OTHER CHANGES | Email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 51 | RCNPriv0211-RCNPriv0213 | CONFIDENTIAL: WEB HOSTING PROJECT DOCUMENT | Status update information including legal advice and action items for legal team regarding DMCA process. | 1 | | X (1) | |
| 52 | RCNPriv0227-RCNPriv0229 | CONFIDENTIAL – SAMPLE | Privileged email reflecting legal advice and analysis regarding DMCA policy. (RCNPriv0227). | 2* | | X (2) | |

4

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| | | | Email and attachments reflecting legal advice regarding DMCA process. (RCNPriv0228). | | | | |
| 53 | RCNPriv0234 | UPDATE: CONFIDENTIAL: WEB HOSTING PROJECT UPDATES | Status update information including legal advice and action items for legal team regarding DMCA process. | 1 | | X (1) | |
| 54 | RCNPriv0245 | RE: Confidential – Scripting and Information – Update | Email reflecting legal advice and analysis regarding DMCA termination process and communications with customers. | 1 | | X (1) | |
| 55 | RCNPriv0265-RCNPriv0266 | Confidential: Splash Page | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | X (1) | |
| 56 | RCNPriv0294, RCNPriv0295 | Account List Information | Email and attachment reflecting legal advice regarding DMCA process. | 1 | | X (1) | |
| 57 | RCNPriv0299, RCNPriv0300 | Handling Customer Calls Involving DMCA Infringement Notifications | Email reflecting legal advice and analysis regarding DMCA policy and process | 1 | | X (1) | |
| 58 | RCNPriv0301, RCNPriv0302 | Confidential: Account List Information – 08-18- 16 | Email and attachment reflecting legal advice regarding DMCA process. | 1 | | X (1) | |
| 59 | RCNPriv0343 | Fwd: CONFIDENTIAL – SAMPLE – DMCA Violation Notification | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | X (1) | |
| 60 | RCNPriv0376, RCNPriv0383-RCNPriv0385 | Confidential: Revised Email / Letter; Confidential: Revised Email / Letter | Email seeking legal advice and analysis regarding DMCA process. | 4 | | X (4) | |
| 61 | RCNPriv0389-RCNPriv0392 | CONFIDENTIAL Email | Privileged communication seeking legal advice regarding DMCA process. | 4 | | X (4) | |
| 62 | RCNPriv0408-RCNPriv0411 | CONFIDENTIAL: Latest Letter Samples | Email and attachment with privileged communication reflecting legal advice regarding DMCA policy. | 2 | | X (2) | |
| 63 | RCNPriv0437-RCNPriv0438 | Confidential: Report | Email and attachment with privileged communication reflecting legal advice regarding DMCA policy. | 1 | | X (1) | |
| 64 | RCNPriv0457, RCNPriv0461 | Handling Customers with DCMA Infringement Notifications Procedural Updates for Frontline Agents | Privileged communication reflecting legal advice regarding DMCA policy. | 2 | | X (2) | |
| 65 | RCNPriv0475-RCNPriv0477 | Confidential: Revised Notice of Termination as of 09-09-16 | Work product and privileged communication regarding infringement analysis and investigation. | 1 | | X (1) | |
| 66 | RCNPriv0478 | CONFIDENTIAL: Notice of Termination | Email regarding legal advice and analysis regarding DMCA process for notifying customers. | 1 | | X (1) | |
| 67 | RCNPriv0479-RCNPriv0480 | CONFIDENTIAL: Notice of Termination | Email regarding legal advice and analysis regarding DMCA process for notifying customers. | 2 | | X (2) | |
| 68 | RCNPriv0489-RCNPriv0490 | Confidential: Resumption of Notices | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement |||
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 69 | RCNPriv0491-RCNPriv0497, RCNPriv0504-RCNPriv0506, RCNPriv0624-RCNPriv0626 | Confidential: Account Info | Email reflecting legal advice and analysis regarding DMCA policy and process. | 11 | | X (11) | |
| 70 | RCNPriv0498-RCNPriv0503 | CONFIDENTIAL Sample - Re Unauthorized Use of TC-f7b69750-b453-43c2-b5cf-0a25cfeabe99.msg | Email reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0498); Privileged email reflecting legal advice and analysis regarding DMCA policy. (RCNPriv0498- RCNPriv0503) | 6 | | X (6) | |
| 71 | RCNPriv0507-RCNPriv0511 | CONFIDENTIAL: Sample – Re: Unauthorized Use of TC-641a9a5a-11bc-4c3c-b665-76f1758b9a19 | Email reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0507); Privileged communication reflecting legal advice regarding DMCA process. (RCN0508-511) | 5 | | X (5) | |
| 72 | RCNPriv0512-RCNPriv0514 | CONFIDENTIAL: Sample – Re: Unauthorized Use of Copyrights RE: TC- adea4385-2b46-474b- 886b-8156c5c93026 | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 3 | | X (3) | |
| 73 | RCNPriv0527-RCNPriv0528 | Confidential: Letter – Sample 30 | Email seeking legal advice and analysis regarding DMCA policy and process | 1 | | X (1) | |
| 74 | RCNPriv0529-RCNPriv0539 | Confidential: Letters and Letter File | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 75 | RCNPriv0540-RCNPriv0549 | CONFIDENTIAL: Notification Regarding Alleged Copyright Infringement | Email regarding legal advice and analysis regarding DMCA process for notifying customers. | 9* | | X (9) | |
| 76 | RCNPriv0550 | Confidential: Termination of Internet | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | X (1) | |
| 77 | RCNPriv0551-RCNPriv0557 | Re: CONFIDENTIAL: Non-compliance Notices | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 7 | | X (7) | |
| 78 | RCNPriv0579-RCNPriv0582 | CONFIDENTIAL: Notice of Termination | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 3 | | X (3) | |
| 79 | RCNPriv0583-RCNPriv0584 | CONFIDENTIAL: VERY IMPORTANT: Web Hosting Update | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 2 | | X (2) | |
| 80 | RCNPriv0594 | Confidential: Information | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 81 | RCNPriv0608, RCNPriv0614 | Confidential: VERY IMPORTANT: Web Hosting Update | Privileged email reflecting legal advice and analysis regarding DMCA policy | 2 | | X (2) | |
| 82 | RCNPriv0620-RCNPriv0623 | Confidential: Letters and Letter File | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 83 | RCNPriv0627-RCNPriv0629 | Confidential: Letters and Letter File | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 84 | RCNPriv0630-RCNPriv0631, | CONFIDENTIAL: VERY IMPORTANT: Web Hosting Update | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 2 | | X (2) | |
| 85 | RCNPriv0635 | CONFIDENTIAL: VERY IMPORTANT: Web Hosting Update | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 86 | RCNPriv0636, RCNPriv0638-RCNPriv0639 | Confidential: DMCA Violation Notification | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 2 | | X (2) | |
| 87 | RCNPriv0648, RCNPriv0650 | Confidential: Can we get the information | Email requesting legal advice and analysis regarding DMCA process and policy. | 2 | | X (2) | |
| 88 | RCNPriv0683-RCNPriv0685 | Re: DMCA Violation Notification **CONFIDENTIAL** | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 89 | RCNPriv0741 | Confidential Test Accounts | Privileged email reflecting legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 90 | RCNPriv0824-RCNPriv0827 | Confidential | Email reflecting legal advice regarding DMCA policy. | 2 | | X (2) | |
| 91 | RCNPriv0828 | FW: DMCA Violation Notification (confidential) | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | X (1) | |
| 92 | RCNPriv0831, RCNPriv0832 | Confidential: Web Hosting | Email and attachment regarding legal advice and analysis regarding DMCA policy. | 1 | | X (1) | |
| 93 | RCNPriv0833-RCNPriv0835 | CONFIDENTIAL: Update to BUSINESS and RESI DMCA Policy and FAQs on rcn.com site | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 | | X (3) | |
| 94 | RCNPriv0837-RCNPriv0838 | [Redacted] – Confidential | Email seeking legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 95 | RCNPriv0840-RCNPriv0851 | [Redacted] – DMCA Notice – Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 10 | | X (10) | |
| 96 | RCNPriv0852-RCNPriv0853 | Confidential & Privileged: DMCA File Layout | Email and attachment with privileged communication reflecting legal advice regarding DMCA policy. | 1 | | X (1) | |
| 97 | RCNPriv0856 | RE: confidential webhosting information | Email reflecting privileged communication regarding legal advice about DMCA process. | 1 | | X (1) | |
| 98 | RCNPriv0857-RCNPriv0860 | Confidential: DMCA Violation Notification (confidential) – account 22019686903 | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (4) | |
| 99 | RCNPriv0861-RCNPriv0869 | DMCA Violation Notification ****confidential**** | Email reflecting legal advice and analysis regarding DMCA policy and process. | 9 | | X (9) | |

7

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 100 | RCNPriv0870-RCNPriv0875 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 6 | | X (6) | |
| 101 | RCNPriv0886-RCNPriv0887 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 102 | RCNPriv0913-RCNPriv0919, RCNPriv0923 | FW: Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 8 | | X (8) | |
| 103 | RCNPriv0932-RCNPriv0933 | CONFIDENTIAL: RCN Customer notification Email Template | Email and attachment reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | X (1) | |
| 104 | RCNPriv0934-RCNPriv0935 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 105 | RCNPriv0940-RCNPriv0944 | Web Hosting "Confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 5 | | X (5) | |
| 106 | RCNPriv0946-RCNPriv0951 | CONFIDENTIAL: Sample branded emails | Email and attachments with privileged communication reflecting legal advice regarding DMCA policy. | 2 | | X (2) | |
| 107 | RCNPriv0952-RCNPriv0955, RCNPriv0958-RCNPriv0960 | RE: confidential | Email requesting legal advice and analysis regarding DMCA process and policy. (RCNPriv0952-0953); Email seeking legal advice and analysis regarding DMCA process and process. (RCNPriv0954-0955, RCNPriv0958-0960) | 7 | | X (7) | |
| 108 | RCNPriv0956-RCNPriv0957 | web hosting "confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |
| 109 | RCNPriv0967-RCNPriv0969 | confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 | | X (3) | |
| 110 | RCNPriv0970-RCNPriv0973 | CONFIDENTIAL: Information About Termination of Your RCN Internet Service | Email regarding legal advice and analysis regarding DMCA process for notifying customers. | 4 | | X (4) | |
| 111 | RCNPriv0979-RCNPriv0981 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 | | X (3) | |
| 112 | RCNPriv1020-RCNPriv1021 | Confidential: Email Template | Privileged communication reflecting legal advice and analysis regarding DMCA process and procedures. | 1 | | X (1) | |
| 113 | RCNPriv1039-RCNPriv1042 | Confidential | Email reflecting legal advice and analysis regarding DMCA process for notifying customers. (RCNPriv1039-1041); Privileged communication reflecting legal advice regarding DMCA policy. (RCNPriv1042) | 4 | | X (4) | |
| 114 | RCNPriv1051-RCNPriv1053 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 | | X (3) | |
| 115 | RCNPriv1057-RCNPriv1059 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 | | X (3) | |
| 116 | RCNPriv1104-RCNPriv1105 | CONFIDENTIAL: DMCA - Questions From CAM | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (2) | |

8

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement ||||
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 117 | RCNPriv1123-RCNPriv1124 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 |  | X (2) |  |
| 118 | RCNPriv1125 | Confidential: Pop Up Testing; Confidential: Pop Up Testing | Email regarding legal advice and analysis regarding DMCA policy. | 1 |  | X (1) |  |
| 119 | RCNPriv1126-RCNPriv1127 | CONFIDENTIAL IMPORTANT: Messaging for Pop Ups and Walled Garden | Email and attachment regarding legal advice and analysis regarding DMCA policy. | 1 |  | X (1) |  |
| 120 | RCNPriv1128-RCNPriv1135, RCNPriv1139-RCNPriv1147 | Re: Confidential - VERY IMPORTANT: Pop Up Testing | Email regarding legal advice and analysis regarding DMCA policy. | 16 |  | X (16) |  |
| 121 | RCNPriv1169 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 |  | X (1) |  |
| 122 | RCNPriv1190-RCNPriv1191 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 |  | X (2) |  |
| 123 | RCNPriv1201-RCNPriv1202 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 |  | X (1) |  |
| 124 | RCNPriv1250-RCNPriv1251 | Confidential | Email and attachment reflecting legal advice and analysis regarding DMCA policy and process. | 1 |  | X (1) |  |
| 125 | RCNPriv1253-RCNPriv1255 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 |  | X (3) |  |
| 126 | RCNPriv1298 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 |  | X (1) |  |
| 127 | RCNPriv1433 | CONFIDENTIAL - Rightscorp Email Numbers | Email reflecting legal advice regarding DMCA process and notifications. | 1 |  | X (1) |  |
| 128 | RCNPriv1444-RCNPriv1445 | Fwd: Confidential | Email reflecting legal advice regarding customer DMCA notification. | 1 |  | X (1) |  |
| 129 | RCNPriv0322-RCNPriv0324 | Summary of DMCA Plan for Next 5 Days | Privileged communication reflecting legal advice regarding DMCA policy. | 3 | X (1) |  | X (2) |
| 130 | RCNPriv0346-RCNPriv0353 | Web Hosting Process Debrief | Work product and privileged communication regarding infringement investigation and analysis. (RCNPriv0346-0352); Email reflecting communication regarding discussion of DMCA" (RCNPriv0353) | 4 | X (1) |  | X (3) |
| 131 | RCNPriv1427-RCNPriv1431 | CONFIDENTIAL: bounces for messages | Privileged communication reflecting legal advice regarding DMCA policy. | 2 | X (1) |  | X (1) |
| 132 | RCNPriv0250-RCNPriv0252, RCNPriv0255, RCNPriv0285, RCNPriv0287, RCNPriv0289-RCNPriv0291, | REVISED UPDATE: CONFIDENTIAL: WEB HOSTING PROJECT UPDATES | Status update information including legal advice and action items for legal team regarding DMCA process. | 11 |  | X (10) | X (1) |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement ||| 
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| | RCNPriv0359-RCNPriv0360 | | | | | | |
| 133 | RCNPriv0407, RCNPriv1550 | REVISED UPDATE: CONFIDENTIAL: WEB HOSTING PROJECT UPDATES - 9/2/16 | Status update information including legal advice and action items for legal team regarding DMCA process. | 2 | | X (1) | X (1) |
| 134 | RCNPriv0481-RCNPriv0485 | CONFIDENTIAL: Notice of Termination | Privileged email reflecting legal advice and analysis regarding DMCA policy. (RCNPriv0481, 0485); Email seeking legal advice and analysis regarding DMCA process for notifying customers. (RCNPriv0482-0484) | 5 | | X (1) | X (4) |
| 135 | RCNPriv0686-RCNPriv0689, RCNPriv0694-RCNPriv0696 | Fwd: DMCA Violation Notification Confidencial | Email reflecting legal advice and analysis regarding DMCA policy and process; Privileged email reflecting legal advice and analysis regarding DMCA policy. (RCNPriv0689) | 8 | | X (3) | X (5) |
| 136 | RCNPriv0854-RCNPriv0855, RCNPriv1552-RCNPriv1553 | Confidential: Revised Termination Talking Points for CARE Reps | Email and attachment reflecting legal advice and analysis regarding DMCA process. | 2 | | X (1) | X (1) |
| 137 | RCNPriv0876-RCNPriv0879 | WEBHOSTING ****CONFIDENTIAL**** | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (3) | X (1) |
| 138 | RCNPriv0880-RCNPriv0884 | webhosting confidential | Email seeking legal advice and analysis regarding DMCA policy and process. (RCNPriv0880); Email reflecting legal advice and analysis regarding DMCA policy and process. (RCNPriv0881-0884) | 5 | | X (3) | X (2) |
| 139 | RCNPriv0890-RCNPriv0893 | Confidential: DMCA Violation Notification webhosting confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (3) | X (1) |
| 140 | RCNPriv0894-RCNPriv0897 | ***confidential web hosting*** | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (3) | X (1) |
| 141 | RCNPriv0898-RCNPriv0902 | Confidential Web Hosting | Email reflecting legal advice and analysis regarding DMCA policy and process. | 5 | | X (3) | X (2) |
| 142 | RCNPriv0904-RCNPriv0912 | Confidential Web Hosting | Email reflecting legal advice and analysis regarding DMCA policy and process. | 9 | | X (6) | X (3) |
| 143 | RCNPriv0927-RCNPriv0930 | Confidential Web Hosting | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (2) | X (2) |
| 144 | RCNPriv0931, RCNPriv1252, RCNPriv1256, RCNPriv1258-RCNPriv1259, RCNPriv1337-RCNPriv1342, RCNPriv1370-RCNPriv1371, | FW: DMCA Violation Notification | Email reflecting legal advice and analysis regarding DMCA policy and process; Email reflecting legal advice regarding customer DMCA notification. (RCNPriv1453, 1455) | 16 | | X (11) | X (5) |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement ||| 
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| | RCNPriv1452-RCNPriv1453, RCNPriv1455 | | | | | | |
| 145 | RCNPriv1043-RCNPriv1046 | confidential | Email reflecting legal advice and analysis regarding DMCA policy and process; Email seeking legal advice and analysis regarding DMCA process for notifying customers. (RCNPriv1045) | 4 | | X (3) | X (1) |
| 146 | RCNPriv1065-RCNPriv1069 | *** Confidential Web Hosting *** | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (2) | X (2) |
| 147 | RCNPriv1091-RCNPriv1094 | Confidential | Email and attachment regarding legal advice and analysis regarding DMCA policy. (RCNPriv1091-93); Email regarding legal advice and analysis regarding DMCA policy. (RCNPriv1094) | 2 | | X (2) | X (1) |
| 148 | RCNPriv1098-RCNPriv1099 | Confidential | Email regarding legal advice and analysis regarding DMCA policy. | 2 | | X (1) | X (1) |
| 149 | RCNPriv1110-RCNPriv1111 | Fwd: Fw: DMCA Violation Notification CONFIDENTIAL | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (1) | X (1) |
| 150 | RCNPriv1150-RCNPriv1151, RCNPriv1154-RCNPriv1155 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 2 | | X (3) | X (1) |
| 151 | RCNPriv1239-RCNPriv1245 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 7 | | X (4) | X (3) |
| 152 | RCNPriv1257, RCNPriv1260-RCNPriv1267 | "Confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 9 | | X (8) | X (1) |
| 153 | RCNPriv1273-RCNPriv1276 | "Confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (3) | X (1) |
| 154 | RCNPriv1280-RCNPriv1284 | "Confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 5 | | X (3) | X (2) |
| 155 | RCNPriv1285-RCNPriv1288 | "Confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (3) | X (1) |
| 156 | RCNPriv1299, RCNPriv1301, RCNPriv1303-RCNPriv1305 | ***Confidential*** | Email requesting legal advice and analysis regarding DMCA process. (RCNPriv1299, 1303-1305); Email and attachment with privileged communication reflecting legal advice regarding DMCA policy. (RCNPriv1301) | 5 | | X (4) | X (1) |
| 157 | RCNPriv1306-RCNPriv1314 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 9 | | X (5) | X (4) |
| 158 | RCNPriv1325-RCNPriv1327 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 3 | | X (2) | X (1) |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 159 | RCNPriv1380-RCNPriv1383 | "Confidential" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 4 | | X (3) | X (1) |
| 160 | RCNPriv1387-RCNPriv1390, RCNPriv1392-RCNPriv1393 | "CONFIDENTIAL" | Email reflecting legal advice and analysis regarding DMCA policy and process. | 6 | | X (5) | X (1) |
| 161 | RCNPriv1437-RCNPriv1439 | "Confidential" | Email providing information in order to seek legal advice regarding customer DMCA notification. (RCNPriv1437-38); Email reflecting legal advice regarding customer DMCA notification. (RCNPriv1439) | 3 | | X (2) | X (1) |
| 162 | RCNPriv1446-RCNPriv1451, RCNPriv1454 | "Confidential" | Email reflecting legal advice regarding customer DMCA notification. (RCNPriv1446); Email providing information in order to seek legal advice regarding customer DMCA notification. (RCNPriv1447-51); Email seeking legal advice regarding customer DMCA notification and customer communication. (RCNPriv1454) | 7 | | X (6) | X (1) |
| 163 | RCNPriv1484-RCNPriv1488 | Confidential | Email providing information in order to seek legal advice regarding customer DMCA notification. (1484, 1486); Email reflecting legal advice regarding customer DMCA notification. (1485); Email reflecting legal advice regarding customer DMCA notification. (1487-1488) | 5 | | X (4) | X (1) |
| 164 | RCNPriv1495-RCNPriv1497 | "Confidential" | Email providing [/reflecting] information in order to seek legal advice regarding customer DMCA notification. | 3 | | X (2) | X (1) |
| 165 | RCNPriv1512-RCNPriv1514 | Re: Confidential - DMCA Chicago Customer | Email reflecting legal advice regarding customer DMCA notification. (RCNPriv1512); Privileged communication reflecting legal advice regarding DMCA policy. (RCNPriv1513-1514) | 3 | | X (2) | X (1) |
| 166 | RCNPriv1519-RCNPriv1520 | Confidential | Email reflecting legal advice regarding DMCA process. | 2 | | X (1) | X (1) |
| 167 | RCNPriv1525-RCNPriv1528 | Confidential | Email providing information in order to seek legal advice regarding customer DMCA notification. (RCNPriv1525, 1527); Email reflecting legal advice regarding customer DMCA notification. (RCNPriv1526); Privileged communication seeking legal advice regarding DMCA notification to customers. (RCNPriv1528) | 4 | | X (2) | X (2) |
| 168 | RCNPriv1570-RCNPriv1573 | CONFIDENTIAL | Email reflecting legal advice regarding DMCA process. (RCNPriv1570); Privileged communication reflecting legal advice regarding DMCA policy. (RCNPriv1571-1572) | 3 | | X (1) | X (2) |
| 169 | RCNPriv1574-RCNPriv1587, RCNPriv1596, RCNPriv1600-RCNPriv1601 | Confidential | Privileged communication reflecting legal advice regarding DMCA policy. (RCNPriv1574, 1576-1577, 1582-1584, 1586-1587, 1596, 1600); Email providing information in order to seek legal advice regarding DMCA process. (RCNPriv1575); Email and attachment reflecting legal advice and analysis regarding DMCA process. (RCNPriv1579-1580); Email reflecting legal advice regarding DMCA process. (RCNPriv1581) | 13 | | X (11) | X (2) |
| 170 | RCNPriv0001 | Notification Regarding Alleged Copyright Infringement | Email reflecting draft DMCA notification prepared by outside counsel pursuant to RCN's DMCA policy and process. | 1 | | | X (1) |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement | | |
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| 171 | RCNPriv0004 | Notification Regarding Alleged Copyright Infringement | Email reflecting draft DMCA notification prepared by outside counsel pursuant to RCN's DMCA policy and process. | 1 | | | X (1) |
| 172 | RCNPriv0442-RCNPriv0444 | FW: Notice Letters - Non compliance and Termination [IWOV- iDocs.FID2884944] | Email and attachments reflecting legal advice and analysis regarding DMCA process for notifying customers. | 1 | | | X (1) |
| 173 | RCNPriv0603-RCNPriv0605 | Confidential: Account Info | Privileged email to in-house counsel seeking legal advice regarding DMCA system and process | 3 | | | X (3) |
| 174 | RCNPriv0633-RCNPriv0634, RCNPriv0674-RCNPriv0675, RCNPriv0681-RCNPriv0682, RCNPriv0690-RCNPriv0693, RCNPriv0697-RCNPriv0698, RCNPriv0703-RCNPriv0740, RCNPriv0742-RCNPriv0755, RCNPriv0758-RCNPriv0809, RCNPriv0812-RCNPriv0823 | DMCA Offered Calls Profile - Confidential | Email and attachment reflecting legal advice and analysis regarding DMCA policy and process. | 63* | | | X (63) |
| 175 | RCNPriv0637 | Subsentio | Email reflecting communication with attorney about the DMCA process. | 1 | | | X (1) |
| 176 | RCNPriv0646-RCNPriv0647 | Confidential: Splash Page Language; Confidential: Splash Page Language | Email and attachment with privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 177 | RCNPriv0701-RCNPriv0702 | Confidential Splash Page Language for DMCA.msg | Email and attachment regarding legal advice and analysis regarding DMCA policy. | 1 | | | X (1) |
| 178 | RCNPriv0756-RCNPriv0757 | Confidential: Questions | Email and attachment regarding legal advice and analysis regarding DMCA policy. | 1 | | | X (1) |
| 179 | RCNPriv0885 | webhosting | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 180 | RCNPriv0888 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 181 | RCNPriv0903 | Confidential Web Hosting | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 182 | RCNPriv0936 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 183 | RCNPriv0983 | Confidential | Email reflecting privileged communication regarding DMCA process. | 1 | | | X (1) |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement — None | Attorney Involvement — cc'd | Attorney Involvement — Recipient ("to") w/ non-attorney(s) |
|---|---|---|---|---|---|---|---|
| 184 | RCNPriv1013-RCNPriv1014 | Confidential | Email and attachment reflecting privileged communication seeking legal advice regarding DMCA policy. | 1 | | | X (1) |
| 185 | RCNPriv1015-RCNPriv1017 | CONFIDENTIAL: Latest Letter Samples | Email seeking legal advice and analysis regarding DMCA process. | 1 | | | X (1) |
| 186 | RCNPriv1024-RCNPriv1026 | CONFIDENTIAL: Web Hosting Project Update Call | Email and attachments reflecting privileged communication for meeting involving in-house counsel regarding DMCA policy. | 1 | | | X (1) |
| 187 | RCNPriv1047-RCNPriv1048 | Confidential | Email and attachment seeking legal advice and analysis regarding DMCA policy. | 1 | | | X (1) |
| 188 | RCNPriv1049 | Confiential | Email and attachment seeking legal advice regarding DMCA policy for notifying customers. | 1 | | | X (1) |
| 189 | RCNPriv1090 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 190 | RCNPriv1095-RCNPriv1097 | Confidential | Email and attachment regarding legal advice and analysis regarding DMCA policy. | 1 | | | X (1) |
| 191 | RCNPriv1100 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 192 | RCNPriv1101 | Confidential | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 193 | RCNPriv1103 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 194 | RCNPriv1109 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 195 | RCNPriv1155-RCNPriv1156 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 196 | RCNPriv1114 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 197 | RCNPriv1119-RCNPriv1120 | **Confidential** Watson Lead article | Privileged communication reflecting legal advice regarding DMCA policy. | 2 | | | X (2) |
| 198 | RCNPriv1300 | Confidential | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 199 | RCNPriv1302 | Confidential | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 200 | RCNPriv1374, RCNPriv1375, RCNPriv1378, RCNPriv1386, RCNPriv1391, RCNPriv1396-RCNPriv1398, RCNPriv1428-RCNPriv1429, | CONFIDENTIAL: 39058520010 (redacted) | Email reflecting legal advice and analysis regarding DMCA policy and process. | 22* | | | X (22) |

| Ref. No. | Entry No. | Email/Email Chain Subject | Description(s) | Emails in Chain[1] | Attorney Involvement ||| 
|---|---|---|---|---|---|---|---|
| | | | | | None | cc'd | Recipient ("to") w/ non-attorney(s) |
| | RCNPriv1432, RCNPriv1440-RCNPriv1441, RCNPriv1456-RCNPriv1457, RCNPriv1479, RCNPriv1498, RCNPriv1503-RCNPriv1505, RCNPriv1512, RCNPriv1518 | | | | | | |
| 201 | RCNPriv1442 | "Confitdential" | Email providing information in order to seek legal advice regarding customer DMCA notification. | 1 | | | X (1) |
| 202 | RCNPriv1443 | confidential | Email seeking legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 203 | RCNPriv1506-RCNPriv1508 | CONFIDENTIAL: Rejection Letter | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 204 | RCNPriv1509 | confidential: test email | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 205 | RCNPriv1516-RCNPriv1517 | CONFIDENTIAL: literally minutes after saying nobody contacted me… | Email seeking legal advice regarding customer response to DMCA notification. | 1 | | | X (1) |
| 206 | RCNPriv1547 | Fwd: Confidential: Talking Points | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 207 | RCNPriv1548-RCNPriv1549 | Fwd: CONFIDENTIAL: Notice of Termination | Privileged communication reflecting legal advice regarding DMCA policy. | 1 | | | X (1) |
| 208 | RCNPriv1554-RCNPriv1557 | Confidential | Email reflecting legal advice and analysis regarding DMCA process. (RCNPriv1554); Privileged communication with status update information including legal advice and action items for legal team regarding DMCA process. (RCNPriv1557) | 2 | | | X (2) |
| 209 | RCNPriv1558 | Fwd: [DMCA Ticket #194011] Ticket Created: DMCA Notification 22040919603 (redacted) | Email reflecting legal advice and analysis regarding DMCA policy and process. | 1 | | | X (1) |
| 210 | RCNPriv1570-RCNPriv1571 | CONFIDENTIAL | Email reflecting legal advice regarding DMCA process; Privileged communication reflecting legal advice regarding DMCA policy. | 2 | | | X (2) |