# EXHIBIT H

[Skip to Page Content]

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies **X**

**United States**
- Senator Edward E. Kaufman
- Senator Thomas R. Carper
- Representative Michael N. Castle

**Delaware**
- Governor Jack Markell
- Lt. Governor Matthew Denn
- List of State Senators
- List of State Representatives

- Auditor R. Thomas Wagner, Jr.
- Attorney General Joseph R. Biden, III
- Insurance Commissioner Karen Weldin Stewart
- State Treasurer Velda Jones-Potter

**See More About Delaware Government X**
- Child Support Enforcement
- Consumer Protection
- Corporations
- DelDOT
- DMV
- Education
- Family Court
- Health & Social Services
- Human Resources Management
- Management & Budget, Office of
- Parks and Recreation
- Professional Regulation
- Revenue, Division of
- Safety & Homeland Security
- Services for Children, Youth & Families
- State Bureau of Identification (SBI)
- Unemployment Insurance

- Visit Delaware (Tourism)

See All State Agencies: Listed Alphabetically | Listed by Department

Search: ◉ This Site ○ Statewide | Advanced Search

X

Department of State: Division of Corporations

Allowable Characters

**HOME**   View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 4929597 | Incorporation Date / Formation Date: | 1/20/2011 (mm/dd/yyyy) |
| Entity Name: | **RIGHTSCORP, INC.** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Void, AR's or Tax Delinquent | Status Date: | 3/1/2020 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2017 | Tax Due: | $ 452636 |
| Annual Tax Assessment: | $ 200000 | Total Authorized Shares: | 30000000 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **THE COMPANY CORPORATION** |
| Address: | **251 LITTLE FALLS DRIVE** |
| City: | **WILMINGTON**    County: **New Castle** |

| | | |
|---|---|---|
| State: | **DE** | Postal Code: **19808** |
| Phone: | **302-636-5440** | |

### FILING HISTORY (Last 5 Filings)

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Merger [Survivor] | 3 | 10/25/2013 | 6:23 PM | 10/25/2013 |
| 2 | Renewal for Void | 1 | 10/24/2013 | 2:33 PM | 10/24/2013 |
| 3 | Amendment Stock | 2 | 3/23/2012 | 9:42 AM | 3/23/2012 |
| 4 | Restated; Stock | 15 | 10/25/2011 | 3:20 PM | 10/25/2011 |
| 5 | Stock Corporation | 1 | 1/20/2011 | 12:45 PM | 1/20/2011 |

[Back to Entity Search]  [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov