# EXHIBIT I

- Skip to Main Content
- Skip to Footer

Dr. Shirley N. Weber
California Secretary of State
Navigation Menu
Social Media

- Home
- About
- Business
- Notary & Authentications
- Elections
- Campaign & Lobbying
- State Archives
- Registries
- News
- Contact

# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, December 29, 2021. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3665096    RIGHTSCORP, INC.

**Registration Date:**
04/09/2014
**Jurisdiction:**
DELAWARE
**Entity Type:**
FOREIGN STOCK
**Status:**
SOS FORFEITED
**Agent for Service of Process:**
** RESIGNED ON 09/27/2021
*
**Entity Address:**
16255 VENTURA BLVD. SUITE 504
ENCINO CA 91436
**Entity Mailing Address:**
16255 VENTURA BLVD. SUITE 504
ENCINO CA 91436
*This entity is not eligible for online records requests. To order a Certificate of Status, please complete and return the*
*Business Entities Records Order Form*

| Document Type | File Date | PDF |
|---|---|---|
| AGENT RESIGNED | 09/27/2021 | View PDF for document number R0114132 (opens in new tab) ☐ |
| SI-COMPLETE | 04/16/2018 | View PDF for document number FW05746 (opens in new tab) ☐ |
| SI-COMPLETE | 03/30/2016 | View PDF for document number FC84782 (opens in new tab) ☐ |
| REGISTRATION | 04/09/2014 | View PDF for document number C3665096 (opens in new tab) ☐ |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

Modify Search    New Search    Back to Search Results

# Business Entities (BE)

- Online Services
  - File LLC Statement of Information
  - File Corporation Statement of Information
  - Business Search
  - Publicly Traded Disclosure Search
  - Current Processing Dates
- Service Options
- Name Availability
- Forms, Samples & Fees
- Statements of Information (annual/biennial reports)
- Filing Tips
- Information Requests (certificates, copies & status reports)
- Service of Process
- FAQs

- Contact Information
- Resources
  - Business Resources
  - Tax Information
  - Starting A Business Checklist
- FTB Nonprofit Dissolution
  - FTB Administrative Dissolution/Surrender Notice
  - FTB Abatement
- Customer Alerts
  - Business Identity Theft
  - Misleading Business Solicitations
  -

## **Show or Hide** Related Links

61.8KShare

## **Show or Hide** Agency

- Home
- About
- Business
- Notary & Apostille
- Elections
- Campaign & Lobbying
- State Archives
- Registries
- News
- Contact Us

## **Show or Hide** Resources

- Contracting Opportunities
- Career Opportunities
- Site Maintenance Schedule
- Language Access Complaint Form
- Guidelines for Access to Public Records
- Free Document Readers
- Sitemap
- California Home Page

- Facebook
- Twitter
- YouTube
- Snapchat
- Instagram

- Copyright © 2020 California Secretary of State
- 1500 11th Street, Sacramento, California 95814
- (916) 653-6814

- <u>Back to Top ↑</u>
- <u>Privacy Policy</u>
- <u>Website Help</u>
- <u>Accessibility</u>

Primary