# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

---

KATHLEEN N. FENNELLY
Direct Dial: (973) 401-7106
kfennelly@mdmc-law.com

March 10, 2022

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

   Re: *UMG Recordings, Inc. et al. v. RCN Telecom Services, LLC et al.*
     Civil Action No. 19-17272 (MAS) (TJB)

Dear Judge Bongiovanni:

  This firm, along with our co-counsel Jenner & Block LLP and Stein Mitchell Beato & Missner LLP, represents Plaintiffs/Counterclaim Plaintiffs ("Plaintiffs") in the referenced matter. Shawna C. Bray, Esq., a member of the bar of the District of Columbia, was admitted pro hac vice by this Court's Order dated February 13, 2020 (ECF No. 46). Pursuant to L. Civ. R. 101.1 (c)(5), Ms. Bray respectfully requests leave of Court to withdraw as pro hac vice counsel for Plaintiffs.

  Ms. Bray's withdrawal will not cause any delay or disruption of these proceedings because Plaintiffs continue to be represented by McElroy, Deutsch, Mulvaney & Carpenter, LLP, as counsel of record and by other attorneys from Stein Mitchell Beato & Missner LLP, who have been admitted pro hac vice.

  We have included a "So Ordered" provision at the end of this letter in the hope that this meets with Your Honor's approval. We greatly appreciate the Court's consideration of this request.

              Respectfully yours,
              MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

               *s/ Kathleen N. Fennelly*

              KATHLEEN N. FENNELLY

cc: All counsel (via ECF)

# McElroy Deutsch

Hon. Tonianne J. Bongiovanni, U.S.M.J.
March 10, 2022
Page 2

        **SO ORDERED** this  11th  day of  March , 2022.

                                    HON. TONIANNE J. BONGIOVANNI
                                    United States Magistrate Judge