# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UMG RECORDINGS, INC. *et al*,

    Plaintiffs,

v.

RCN TELECOM SERVICES, LLC *et al.*,

    Defendants.

Civil Action No. 19-17272 (MAS) (TJB)

**ORDER**

    This matter comes before the Court on two Motions to Dismiss Counterclaim. The first is Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Sony Music Entertainment; Arista Records LLC; Arista Music; LaFace Records LLC; Sony Music Entertainment US Latin LLC; Volcano Entertainment III, LLC; Zomba Recording LLC; Atlantic Recording Corporation; Bad Boy Records LLC; Elektra Entertainment Group Inc.; Fueled By Ramen LLC; Maverick Recording Company; The All Blacks U.S.A., Inc.; Warner Music Nashville LLC; Warner Records Inc.; Warner Records/Sire Ventures, Inc.; WEA International Inc.; and Counterclaim Defendant Recording Industry Association of America's ("RIAA") (collectively "Industry Plaintiffs") Motion to Dismiss Counterclaim. (ECF No. 174.) Defendants RCN Telecom Services, LLC; RCN Telecom Services of New York, L.P.; RCN Capital Corp.; RCN Telecom Services of Philadelphia, LLC; RCN Telecom Services of Massachusetts, LLC; Starpower Communications, LLC; RCN Management Corporation; RCN ISP, LLC; RCN Digital Services, LLC; RCN NY LLC 1; RCN Telecom Services (Lehigh), LLC; RCN Telecom Services of Illinois, LLC; 21st Century Telecom Services, Inc.; and RCN Cable TV of Chicago, Inc. (collectively "Internet Providers") opposed (ECF No. 183), and Industry Plaintiffs replied (ECF No. 187).

2

The second motion is Counterclaim Defendant Rightscorp, Inc.'s ("Rightscorp") Motion to Dismiss Counterclaim. (ECF No. 175.) Internet Providers opposed (ECF No. 183), and Rightscorp replied (ECF No. 186). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons stated in the accompanying Memorandum Opinion and for other good cause shown,

**IT IS**, on this 29th day of April 2022, **ORDERED** as follows:

1. Rightscorp's Motion to Dismiss (ECF No. 175) is **GRANTED**.

2. Industry Plaintiffs' Motion to Dismiss (ECF No. 174) is **GRANTED**.

3. Internet Providers' Amended Counterclaim against Rightscorp and Industry Plaintiffs (ECF No. 161) is **DISMISSED WITH PREJUDICE**.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**