**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**TRENTON**                                                                **January 19, 2023**
**OFFICE**                                                                **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                            **19-CV-17272 (MAS)**

UMG RECORDINGS, INC., et al.
    V.
RCN TELECOM SERVICES, LLC et al

**APPEARANCES:**

Andrew H. Bart, Esq., for plaintiff
Steptoe & Johnson LLP, for third party Rightscorp, Inc.

**NATURE OF PROCEEDING:**

Telephone Status Conference held.
An in-person conference to address discovery issues will be held on 2/6/2023 at 11:30 a.m.

TIME COMMENCED:    3:00 p.m.
TIME ADJOURNED:    3:02 p.m.                          s/ John Moller
TOTAL TIME:        2 MINUTES                            Deputy Clerk