UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>                                                                                          <u>**February 16, 2023**</u>
**OFFICE**                                                                                                  **DATE OF PROCEEDINGS**

<u>**JUDGE: TONIANNE BONGIOVANNI**</u>
**ESR: John Moller**


<u>**TITLE OF CASE**</u>:                                                                    **19-CV-17272 (MAS)**

UMG RECORDINGS, INC., et al
    V.
RCN TELECOM SERVICES, LLC et al


<u>**APPEARANCES:**</u>

Andrew Bart, Esq., for plaintiffs
Jackie Carrero, Esq., for plaintiffs
Kathleen Fennelly, Esq., for plaintiffs
Zachary Howenstine, Esq., for defendants
Margaret Szewczyk, Esq., for defendants


<u>**NATURE OF PROCEEDING:**</u>   Hearing on Discovery Issues

Hearing on Discovery Issues held.
Decisions to be rendered.


TIME COMMENCED:        11:45 a.m.
TIME ADJOURNED:        12:53 p.m.                    <u>s/ John Moller</u>
TOTAL TIME:   1 HOUR AND 8 MINUTES                       Deputy Clerk