# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UMG RECORDINGS, INC., et al.,

    Plaintiffs,

    v.

RCN TELECOM SERVICES, LLC, et al.,

    Defendants.

Civil Action No. 19-17272 (RK) (TJB)

**MEDIATION ORDER**

**THIS MATTER** having come before the Court and it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties,

**IT IS** on this 8th day of June, 2023,

**ORDERED** that:

1. This civil action be and hereby is referred to mediation by consent of the parties, consistent with Local Rule 301.1;
2. Counsel and the parties shall participate in mediation and shall cooperate with the Mediator: Hon. Freda L. Wolfson (ret.);
3. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the Mediator.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**