UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, § § § Plaintiffs, § § vs. § No. 3:19-cv-17272-RK-TJB § § RCN TELECOM SERVICES, LLC, *et al.*, § § § Defendants. § | |

**STIPULATION AND**      **ORDER TOLLING PLAINTIFFS' TIME TO APPEAL**

WHEREAS, on June 21, 2024, the Court issued a Letter Order (the "Order") resolving several of the parties' disputes regarding the document production of Defendants RCN Telecom Services, LLC, et al. ("RCN"), *see* ECF No. 263;

WHEREAS, with respect to the parties' dispute regarding 1,362 documents RCN withheld from production based on a claim of attorney-client privilege (the "Category 1 Documents"), the Court reviewed 30 of the Category 1 Documents *in camera* and ruled on those 30 documents, and further directed the parties to meet and confer regarding how to apply the Court's rulings on the 30 documents to the remaining Category 1 Documents and submit a status report by July 9, 2024, *see id.* at 3;

WHEREAS, the parties wish to avoid piecemeal appeals to the District Court regarding the Category 1 Documents;

WHEREAS, Local Civil Rule 72.1(c)(1)(A) permits magistrate judges to alter the time periods governing appeals from non-dispositive orders;

NOW, THEREFORE, Plaintiffs UMG Recordings, Inc. et al. ("Plaintiffs") and RCN, by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court as follows:

1. RCN shall endeavor to apply the Court's privilege rulings on the 30 *in camera* review documents to the remaining Category 1 Documents, make any supplemental production, and serve an updated privilege log by July 26, 2024.

2. The parties shall meet and confer following RCN's production and file a further status update by August 9, 2024.

3. Plaintiffs' time to appeal the Order's rulings concerning the 30 *in camera* review documents is tolled pending completion of the parties' meet-and-confer process and any subsequent decision of this Court regarding the Category 1 Documents. All other deadlines in the Court's Order remain the same.

4. All parties consent to this procedure.

Respectfully submitted,

/s/ *Kathleen N. Fennelly*

Kathleen N. Fennelly
Thomas R. Curtin
George C. Jones
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Avenue, P.O. Box 2075
Morristown, NJ 07962
Tel: (973) 993-8100
Fax: (973) 425-0161
kfennelley@mdmc-law.com
tcurtin@mdmc-law.com
gjones@mdmc-law.com

Andrew H. Bart (*pro hac vice*)

/s/ *Edward F. Behm*

Edward F. Behm
**Armstrong Teasdale LLP**
2005 Market Street 29th Floor,
One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Fax: 215.405.9070
ebehm@atllp.com

Richard L. Brophy (*pro hac vice*)
Zachary C. Howenstine (*pro hac vice*)
Margaret R. Szewczyk (*pro hac vice*)
**Armstrong Teasdale LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105

**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
Fax: (212) 891-1699
abart@jenner.com
Robert B. Gilmore (*pro hac vice*)
Philip J. O'Beirne (*pro hac vice*)
Michael A. Petrino (*pro hac vice*)
Kevin L. Attridge (*pro hac vice*)
**Stein Mitchell Beato & Missner LLP**
901 15th Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 737-7777
Fax: (202) 296-8312
rgilmore@steinmitchell.com
pobeirne@steinmitchell.com
mpetrino@steinmitchell.com
kattridge@steinmitchell.com

*Attorneys for Plaintiffs*

Telephone: 314.621.5070
Fax: 314.621.5065
rbrophy@atllp.com
zhowenstine@atllp.com
mszewczyk@atllp.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: July 8, 2024
Trenton, New Jersey

Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

3