

Edward F. Behm, Esquire
Direct T 267.780.2030  F 215.405.9070
ebehm@atllp.com

July 25, 2024

**VIA ECF**

The Honorable Robert Kirsch
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *UMG Records, Inc., et al. vs. RCN Telecom Services, LLC, et al.*
             Civil Action No. 19-17272-RK-TJB

Dear Judge Kirsch:

      This firm represents Defendants in the above-referenced matter. On July 8, 2024, Defendants filed a Notice of Appeal from and Objections to the Magistrate Judge's Order of June 21, 2024. ECF No. 266. Plaintiffs filed their Brief in Opposition on July 22, 2024. ECF No. 267. Defendants' Reply Brief is currently due on July 29, 2024.

      Defendants respectfully request a 7-day extension to file its Reply Brief pursuant to L. Civ. R. 6.1, setting its deadline at August 5, 2024. Plaintiffs' counsel has been contacted and consents to this extension.

                               Respectfully Submitted,

                               /s/ *Edward F. Behm, Jr.*

                               Edward F. Behm, Jr.

CC:    All counsel of record via ECF

The above Application is SO ORDERED this 29th day of July, 2024.

_____
The Honorable Robert Kirsch

ARMSTRONG TEASDALE LLP  |  2005 MARKET STREET, 29TH FLOOR, ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103  T 267.780.2012  F 215.405.9070
ArmstrongTeasdale.com