# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

KATHLEEN N. FENNELLY
Direct Dial: (973) 401-7106
tcurtin@mdmc-law.com

August 9, 2024

**VIA ECF**
The Honorable Tonianne J. Bongiovanni
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 06808

Re:   *UMG Records, Inc. et al. v. RCN Telecom Services, LLC, et al.*
      Civil Action No. 3:19-cv-17272-RK-TJB

Dear Judge Bongiovanni,

This firm represents Plaintiffs in the above-referenced action. We submit this joint letter on behalf of Plaintiffs and Defendants RCN Telecom Services, LLC, *et al.* ("RCN") (collectively, the "Parties") pursuant to the Court's order dated June 21, 2024 (the "June 2024 Order"), directing the submission of a joint status update, and the Court's subsequent order extending the deadline for the joint update to August 9, 2024. *See* ECF No. 263; ECF No. 265.

Pursuant to the July 8, 2024 Stipulation and Order, *see* ECF No. 265, RCN endeavored to apply the Court's privilege rulings on the 30 *in camera* review documents to the remaining Category 1 Documents, as defined in the June 2024 Order. On July 26, 2024, RCN made a supplemental production of documents initially withheld and served an updated privilege log. Following RCN's supplemental production, the Parties met and conferred and have agreed on a proposed procedure to attempt to resolve the remaining disputes. That procedure is set forth in the enclosed stipulation and proposed order, subject to the Court's approval.

We remain available at the Court's convenience should Your Honor have any questions or wish to discuss this request further.

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*s/ Kathleen N. Fennelly*

KATHLEEN N. FENNELLY

cc: All counsel (via ECF and e-mail)

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO · CONNECTICUT · DELAWARE · FLORIDA · MASSACHUSETTS · NEW JERSEY · NEW YORK · PENNSYLVANIA · RHODE ISLAND