UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RCN TELECOM SERVICES, LLC, *et al.*,<br><br>Defendants. | Civil Action No. 19-17272 (RK) (TJB)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendants' Appeal, (ECF No. 266), of the June 21, 2024 Order of the Honorable Tonianne J. Bongiovanni, U.S.M.J., (ECF No. 263), denying reconsideration of the Court's May 26, 2023 Order requiring Defendants to produce, among other documents, two documents identified as RCNPriv3044 and RCNPriv3045, (ECF No. 247). For the reasons set forth in the accompanying Memorandum Opinion, and for good cause shown,

**IT IS** on this 16th day of August, 2024,

**ORDERED** that Judge Bongiovanni's Order, (ECF No. 263), denying reconsideration and requiring Defendants to produce RCNPriv3044 and RCNPriv3045 is **AFFIRMED**;

**ORDERED** that Defendants' Appeal of Judge Bongiovanni's Order, (ECF No. 266), is **DENIED**;

**ORDERED** that Defendants are required to produce RCNPriv3044 and RCNPriv3045 that they have withheld from production by September 4, 2024; and

**ORDERED** that the Clerk of the Court is directed to terminate the motion pending at ECF No. 266.

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE
