# EXHIBIT 1

**Descriptions for Documents Reviewed** *In Camera*               **CONFIDENTIAL**

| No. | Doc ID | Additional Statement |
|---|---|---|
| 1 | RCNPriv0063 | Email conveying attorney advice regarding content of DMCA FAQ. |
| 2 | RCNPriv0082 | Email chain including in-house counsel soliciting input regarding content of DMCA FAQ. |
| 3 | RCNPriv0114 | Email chain including in-house counsel soliciting input regarding content of DMCA FAQ and voicemail message for customer inquiries. |
| 4 | RCNPriv0340 | Produced except for customer personal information, which was redacted. |
| 5 | RCNPriv0341 | Produced except for customer personal information, which was redacted. |
| 6 | RCNPriv0342 | Produced except for customer personal information, which was redacted. |
| 7 | RCNPriv0392 | Email chain including in-house counsel conveying attorney advice regarding content of DMCA FAQ and expressing need for additional attorney advice regarding same. |
| 8 | RCNPriv0470 | Email chain including in-house counsel conveying attorney advice re procedures for processing copyright infringement complaints. |
| 9 | RCNPriv0471 | Company logo image. |
| 10 | RCNPriv0472 | Company logo image. |
| 11 | RCNPriv0503 | Email chain including in-house counsel soliciting input regarding content of "notice of non-compliant copyright infringement notification." |
| 12 | RCNPriv0540 | Email to in-house counsel with draft "notification regarding alleged copyright infringement" to subscriber. |
| 13 | RCNPriv0557 | Email chain including in-house counsel soliciting legal approval for aspect of implementation of DMCA process. |
| 14 | RCNPriv0595 | Email chain including in-house counsel providing report on implementation of DMCA process. |
| 15 | RCNPriv0602 | Email chain including in-house counsel providing report on implementation of DMCA process and soliciting input on potential changes. |
| 16 | RCNPriv0649 | Email chain discussing need to solicit legal advice regarding copyright infringement complaints directed to schools. |
| 17 | RCNPriv0673 | Email chain including in-house counsel soliciting and conveying report regarding copyright infringement complaints received. |

| | | |
|---|---|---|
| 18 | RCNPriv0829 | Email conveying attorney advice regarding content of splash pages and talking points for customer care representatives re DMCA issues. |
| 19 | RCNPriv0830 | Attachment containing draft language for DMCA splash page provided by attorney. |
| 20 | RCNPriv0851 | Email chain including in-house counsel providing update on university customer's receipt of copyright infringement complaints and reflecting attorney advice. |
| 21 | RCNPriv0860 | Email chain including in-house counsel regarding customer inquiry about copyright infringement complaint. |
| 22 | RCNPriv0869 | Email chain including in-house counsel regarding customer inquiry about copyright infringement complaint and containing directive regarding counsel's involvement in such inquiries. |
| 23 | RCNPriv0923 | Email chain including in-house counsel regarding customer inquiry about copyright infringement complaint. |
| 24 | RCNPriv1042 | Email chain including in-house counsel conveying proposed change to draft message to customers regarding copyright infringement complaint. |
| 25 | RCNPriv1126 | Email chain including in-house counsel conveying attorney advice regarding messaging to customers about copyright infringement complaints. |
| 26 | RCNPriv1127 | Attachment containing draft language for messaging to customers about copyright infringement complaints and including a comment conveying attorney advice regarding same. |
| 27 | RCNPriv1136 | Email reflecting test of draft messaging to customers about copyright infringement complaints provided by attorney. |
| 28 | RCNPriv1137 | Email reflecting test of draft messaging to customers about copyright infringement complaints provided by attorney. |
| 29 | RCNPriv1138 | Attachment containing draft messaging to customers about copyright infringement complaints provided by attorney. |
| 30 | RCNPriv1146 | Email including in-house counsel providing report on testing of DMCA process and conveying attorney advice regarding same. |
| 31 | RCNPriv1147 | Meeting invitation including in-house counsel regarding DMCA issues. |
| 32 | RCNPriv1152 | Email reflecting test of draft messaging to customers about copyright infringement complaints provided by attorney. |

| | | |
|---|---|---|
| 33 | RCNPriv1153 | Attachment containing draft messaging to customers about copyright infringement complaints provided by attorney. |
| 34 | RCNPriv1255 | Email chain including in-house counsel regarding customer inquiry about copyright infringement complaint. |
| 35 | RCNPriv1268 | Meeting invitation including in-house counsel containing report on status of implementation of DMCA process, attorney advice regarding same, and open items requiring additional attorney advice. |
| 36 | RCNPriv1269 | Meeting invitation including in-house counsel containing report on status of implementation of DMCA process, attorney advice regarding same, and open items requiring additional attorney advice. |
| 37 | RCNPriv1270 | Meeting invitation including in-house counsel containing report on status of implementation of DMCA process, attorney advice regarding same, and open items requiring additional attorney advice. |
| 38 | RCNPriv1271 | Meeting invitation including in-house counsel containing report on status of implementation of DMCA process, attorney advice regarding same, and open items requiring additional attorney advice. |
| 39 | RCNPriv1309 | Email chain including in-house counsel providing report on change to DMCA process. |
| 40 | RCNPriv1433 | Email copying in-house counsel providing report on copyright infringement complaints received by RCN, pursuant to a request from counsel. |