EXHIBIT 2

| | |
|---|---|
| **From:** | Jaffre, Remi J.D. <RJaffre@jenner.com> |
| **Sent:** | Friday, August 16, 2024 5:38 PM |
| **To:** | Maggie Szewczyk; Bart, Andrew H.; Carrero, Jacquellena T. |
| **Cc:** | Richard L. Brophy; Zachary C. Howenstine; iplitstaff; Ted Behm |
| **Subject:** | RE: UMG v. RCN - Additional information regarding Category 1 documents [IWOV-IDOCS.FID3699945] |

Maggie and Zach,

We have reviewed the information you provided on Tuesday concerning the 26 in camera documents RCN is continuing to withhold, but we do not see how this advances the ball towards an agreed resolution of our remaining privilege disputes. We continue to believe that further court intervention is necessary with respect to the documents that were not directly covered by the magistrate judge's ruling.

Relatedly, we still have not heard from you whether you re-reviewed Mr. Holanda's documents as part of the process of putting together your latest document production. Please let us know at your earliest convenience.

Thanks, and have a good weekend.

Rémi

### Rémi J.D. Jaffré

**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036-2711   |   jenner.com
+1 212 303 2536   |   Tel
+1 312 859 1921   |   Mobile
Pronouns : He / Him
RJaffre@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

**From:** Maggie Szewczyk <MSzewczyk@atllp.com>
**Sent:** Tuesday, August 13, 2024 6:42 PM
**To:** Jaffre, Remi J.D. <RJaffre@jenner.com>; Bart, Andrew H. <ABart@jenner.com>; Carrero, Jacquellena T. <JCarrero@jenner.com>
**Cc:** Richard L. Brophy <RBrophy@atllp.com>; Zachary C. Howenstine <ZHowenstine@atllp.com>; iplitstaff <iplitstaff@atllp.com>; Ted Behm <EBehm@atllp.com>
**Subject:** UMG v. RCN - Additional information regarding Category 1 documents [IWOV-IDOCS.FID3699945]

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**
Counsel,

1

Pursuant to the Stipulation agreed to by the parties and ordered by the Court, attached for service is a document containing additional information regarding the 26 Category 1 Documents the Court reviewed *in camera* and did not require RCN to produce to Plaintiffs.

Additionally, pursuant to section 12 of the Discovery Confidentiality Order, RCN is clawing back as privileged the following documents, which were inadvertently produced on July 26, 2024:
RCN30022239-RCN30022240
RCN30021246-RCN30021248
RCN30021897-RCN30021901
RCN30022187-RCN30022189
RCN30022147-RCN30022149
RCN30021167-RCN30021169

RCN requests that you destroy these documents.

Thanks,
Maggie



Armstrong Teasdale LLP
Margaret Szewczyk | Attorney – IP Litigation
7700 Forsyth Blvd., Suite 1800, St. Louis, Missouri 63105-1847
MAIN PHONE: 314.621.5070 | MAIN FAX: 314.621.5065
DIRECT: 314.552.6644 | Extension: 7510 | FAX: 314.621.5065
mszewczyk@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.


********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.