Thomas R. Curtin
Kathleen N. Fennelly
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UMG RECORDINGS, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES, LLC et al., <br><br> Defendants. | Civil Action No. 19-17272 (RK) (TJB) <br><br> **NOTICE OF WITHDRAWAL OF *PRO HAC VICE* ADMISSION OF MICHAEL A. PETRINO, ESQ.** |

PLEASE TAKE NOTICE that McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Plaintiffs, hereby withdraws the *pro hac vice* admission of Michael A. Petrino, Esq., of the law firm of Stein Mitchell Beato & Missner LLP, including the request that Mr. Petrino receive electronic notifications in this matter.

Dated: April 15, 2025

Respectfully Submitted:

*/s/ Kathleen N. Fennelly*
Kathleen N. Fennelly
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Ave., P.O. Box 2075
Morristown, NJ 07962-2075
Telephone: (973) 401-7117
Facsimile: (973) 425-0161
kfennelly@mdmc-law.com

*Attorneys for Plaintiffs*

So Ordered this ___ day of _____, 2025

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.