

**Charles Hoyt, III**
Direct  **T** 267.780.2000  **F** 215.405.9070
choyt@atllp.com

July 24, 2025

**VIA ECF**

Clerk of the Court
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    *UMG Recordings, Inc., et al. vs. RCN Telecom Services, LLC, et al.*
              Civil Action No. 3:19-cv-17272-RK-TJB

Dear Clerk of the Court:

    This firm represents Defendants (collectively, "RCN") in the above-referenced matter. We write to notify the court of a change of address for our New York based attorney, Stephanie M. Piper. Effective 07/24/2025, the new address is as follows:

              Armstrong Teasdale, LLP
              400 Park Ave., 12th Floor
              New York, NY 10022
              p. 212.209.4400

              Respectfully Submitted,

              */s/ Charles Hoyt, III*
              Charles Hoyt, III
              Attorney ID No. 383942021

CC:    All counsel of record via ECF

ARMSTRONG TEASDALE LLP  |  2005 MARKET STREET, 29TH FLOOR, ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103  **T** 267.780.2012 **F** 215.405.9070

ArmstrongTeasdale.com