# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UMG RECORDINGS, INC., *et al.*,

      Plaintiffs,

      v.

RCN TELECOM SERVICES, LLC, *et al.*,

      Defendants.

No. 3:19-17272-RK-TJB

**JOINT STIPULATION STAYING ALL PROCEEDINGS AND [PROPOSED] ORDER**

The parties jointly stipulate and agree to stay all proceedings in this case until June 29, 2026, and ask that the Court enter an order accordingly. There is good cause for this proposed stay, because the parties are actively engaged in discussions to resolve this case amicably. The only pending deadlines pertain to the Court's request that Plaintiffs identify a set of documents for in camera review which, following an unopposed request for an extension, is due on April 29, 2026, with defendants' production of those documents to the Court to follow.

The parties respectfully ask that the Court enter an order staying all proceedings until June 29, 2026. The parties further ask that the deadline for plaintiffs to identify documents for in camera review (to the extent the case is not resolved) will be 14 days after the date the stay is lifted.

Date: April 28, 2026

*/s/ Michael C. Witsch*
Michael C. Witsch

Respectfully submitted,

*/s/ Kathleen N. Fennelly*
Kathleen N. Fennelly

1

Attorney ID No. 029842012
Charles Hoyt, III
Attorney ID No. 383942021
**ARMSTRONG TEASDALE LLP**
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Tel. (267) 780-2000
Fax. (215) 405-9070
choyt@atllp.com
mwitsch@atllp.com

Richard L. Brophy*
Zachary C. Howenstine*
Mark A. Thomas*
Kyle G. Gottuso*
Margaret R. Szewczyk*
Abigail A. Twenter*
Sydney K. Johnson*
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
zhowenstine@atllp.com
kgottuso@atllp.com
mszewczyk@atllp.com
skjohnson@atllp.com

Stephanie M. Piper*
**ARMSTRONG TEASDALE LLP**
400 Park Ave., 12th Floor
New York, NY 10022
(212) 209-4400
smpiper@atllp.com

*Admitted Pro Hac Vice

*Attorneys for Defendants*

Thomas R. Curtin
**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
1300 Mount Kemble Avenue,
P.O. Box 2075 Morristown, NJ 07962
Tel: (973) 993-8100
Fax: (973) 425-0161
kfennelley@mdmc-law.com
tcurtin@mdmc-law.com

Michael J. Allan*
Katherine D. Cappaert*
J. William "Bill" Toth*
Joseph F. Ecker*
**STEPTOE LLP**
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000
mallan@steptoe.com
kcappaert@steptoe.com
btoth@steptoe.com
jecker@steptoe.com

*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

2

## [PROPOSED] ORDER

For good cause shown, the foregoing stipulation to stay all proceedings until

June 29, 2026 and to set the deadline for plaintiffs to identify documents for in

camera review for 14 days after the date this stay is lifted is:

**SO ORDERED.**

Dated: _____, 2026

                                        _____

HON. ROBERT KIRSCH
US District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, I caused a true and correct copy of the foregoing Joint Stipulation and [Proposed] Order to be filed via the ECF system and served on all counsel of record.

*/s/ Kathleen N. Fennelly*
Kathleen N. Fennelly