**McElroy Deutsch**

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

KATHLEEN N. FENNELLY
Direct Dial:  (973) 401-7106
kfennelly@mdmc-law.com

July 13, 2026

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
 and U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

Re:     *UMG Recordings, Inc. et al.  v. RCN Telecom Services, LLC et al.*
        Civil Action No. 19-17272 (MAS) (TJB)

Dear Judge Bongiovanni:

This firm, together with Steptoe LLP and Stein Mitchell Beato & Missner LLP, represents Plaintiffs in the above-referenced matter. We write in response to the Court's email dated April 2, 2026 asking that the Plaintiffs select "up to 20% of the documents in each group" of the documents for which Plaintiffs have challenged RCN's privilege claims, not counting attachments.[1] The Court's Order (Dkt. No. 317) set a deadline of 14 days from when the stay was lifted on June 29, 2026 (July 13, 2026) for Plaintiffs to identify the documents.

## I.    The Category 1 Documents

The Court described Category 1 documents as "withheld documents on which no attorney is listed as the sender, recipient, cc, or in any other fashion[.]" RCN identified nearly 25% of the entries in its privilege log as Category 1 documents (728 of 3,064 entries) consisting of 664 email chains and 64 attachments. The overwhelming majority of those entries appear to be meeting invites or "status updates," both of which are highly unlikely to involve the substantive exchange of legal advice, particularly given that no attorneys are included.[2]

Plaintiffs identify the following sample of 132 emails from Category 1 for *in camera* review, along with their respective attachments.

| RCNPriv0005 | RCNPriv0324 | RCNPriv0659 | RCNPriv1206 | RCNPriv1626 | RCNPriv1680 | RCNPriv2036 |
|---|---|---|---|---|---|---|

---

[1] The Court's email asked for a "sampling of documents from each of the 3 groups within the withheld Category 1 documents." We understand that to refer to Categories 1, 2, and 3, as described in the more recent order and letter exchanges. (Dkt. Nos. 303, 312, 313), rather than a further subgrouping within Category 1.
[2] *E.g.*, RCNPriv1210, RCNPriv1594–1595.

McElroy, Deutsch, Mulvaney & Carpenter, LLP
COLORADO   · CONNECTICUT   · DELAWARE   · FLORIDA   · MASSACHUSETTS   · NEW JERSEY   · NEW YORK   · PENNSYLVANIA   · RHODE ISLAND

#20018214v1<MDMDOCS>

# McElroy Deutsch

Hon. Tonianne J. Bongiovanni, U.S.M.J.
July 13, 2026
Page 2

| | | | | | | |
|---|---|---|---|---|---|---|
| RCNPriv0006 | RCNPriv0332 | RCNPriv0666 | RCNPriv1208 | RCNPriv1627 | RCNPriv1682 | RCNPriv2046 |
| RCNPriv0008 | RCNPriv0353 | RCNPriv0667 | RCNPriv1210 | RCNPriv1630 | RCNPriv1684 | RCNPriv2189 |
| RCNPriv0043 | RCNPriv0386 | RCNPriv0668 | RCNPriv1295 | RCNPriv1634 | RCNPriv1686 | RCNPriv2191 |
| RCNPriv0044 | RCNPriv0396 | RCNPriv0810 | RCNPriv1296 | RCNPriv1636 | RCNPriv1700 | RCNPriv2193 |
| RCNPriv0045 | RCNPriv0398 | RCNPriv0925 | RCNPriv1297 | RCNPriv1644 | RCNPriv1708 | RCNPriv2217 |
| RCNPriv0046 | RCNPriv0422 | RCNPriv1079 | RCNPriv1343 | RCNPriv1652 | RCNPriv1710 | RCNPriv2225 |
| RCNPriv0047 | RCNPriv0423 | RCNPriv1080 | RCNPriv1368 | RCNPriv1654 | RCNPriv1712 | RCNPriv2226 |
| RCNPriv0051 | RCNPriv0426 | RCNPriv1112 | RCNPriv1369 | RCNPriv1656 | RCNPriv1716 | RCNPriv2272 |
| RCNPriv0198 | RCNPriv0427 | RCNPriv1113 | RCNPriv1420 | RCNPriv1658 | RCNPriv1718 | RCNPriv2274 |
| RCNPriv0199 | RCNPriv0454 | RCNPriv1148 | RCNPriv1470 | RCNPriv1660 | RCNPriv1720 | RCNPriv2276 |
| RCNPriv0200 | RCNPriv0456 | RCNPriv1149 | RCNPriv1583 | RCNPriv1662 | RCNPriv1724 | RCNPriv2296 |
| RCNPriv0201 | RCNPriv0460 | RCNPriv1157 | RCNPriv1594 | RCNPriv1664 | RCNPriv1744 | RCNPriv2356 |
| RCNPriv0206 | RCNPriv0464 | RCNPriv1167 | RCNPriv1595 | RCNPriv1666 | RCNPriv1746 | RCNPriv2453 |
| RCNPriv0231 | RCNPriv0524 | RCNPriv1174 | RCNPriv1612 | RCNPriv1668 | RCNPriv1764 | RCNPriv2461 |
| RCNPriv0238 | RCNPriv0561 | RCNPriv1181 | RCNPriv1614 | RCNPriv1670 | RCNPriv1884 | RCNPriv2965 |
| RCNPriv0256 | RCNPriv0563 | RCNPriv1193 | RCNPriv1616 | RCNPriv1672 | RCNPriv1902 | RCNPriv2498 |
| RCNPriv0318 | RCNPriv0565 | RCNPriv1202 | RCNPriv1620 | RCNPriv1674 | RCNPriv1904 | RCNPriv2497 |
| RCNPriv0319 | RCNPriv0572 | RCNPriv1204 | RCNPriv1624 | RCNPriv1676 | RCNPriv1947 | |

## II.  The Category 2 Documents

The Court described Category 2 documents as "withheld documents on which Plaintiff claims an attorney is copied, but allegedly did not participate in the subject discussion." 643 entries are identified as meeting the Category 2 criteria, consisting of 402 email chains and 241 attachments. Plaintiffs identify the following sample of 80 emails from Category 2 for *in camera* review, along with their respective attachments.

| | | | | | | |
|---|---|---|---|---|---|---|
| RCNPriv0024 | RCNPriv0141 | RCNPriv0299 | RCNPriv0450 | RCNPriv0648 | RCNPriv1013 | RCNPriv1547 |
| RCNPriv0042 | RCNPriv0142 | RCNPriv0317 | RCNPriv0457 | RCNPriv0653 | RCNPriv1053 | RCNPriv1552 |
| RCNPriv0050 | RCNPriv0146 | RCNPriv0323 | RCNPriv0461 | RCNPriv0697 | RCNPriv1091 | RCNPriv1558 |

# McElroy Deutsch

Hon. Tonianne J. Bongiovanni, U.S.M.J.
July 13, 2026
Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| RCNPriv0053 | RCNPriv0147 | RCNPriv0424 | RCNPriv0485 | RCNPriv0741 | RCNPriv1094 | RCNPriv1596 |
| RCNPriv0056 | RCNPriv0148 | RCNPriv0425 | RCNPriv0490 | RCNPriv0822 | RCNPriv1099 | RCNPriv1600 |
| RCNPriv0057 | RCNPriv0149 | RCNPriv0428 | RCNPriv0527 | RCNPriv0826 | RCNPriv1101 | RCNPriv2524 |
| RCNPriv0088 | RCNPriv0160 | RCNPriv0430 | RCNPriv0549 | RCNPriv0838 | RCNPriv1250 | RCNPriv2608 |
| RCNPriv0089 | RCNPriv0217 | RCNPriv0431 | RCNPriv0550 | RCNPriv0847 | RCNPriv1267 | RCNPriv2871 |
| RCNPriv0097 | RCNPriv0245 | RCNPriv0432 | RCNPriv0584 | RCNPriv0854 | RCNPriv1300 | |
| RCNPriv0107 | RCNPriv0265 | RCNPriv0433 | RCNPriv0605 | RCNPriv0921 | RCNPriv1305 | |
| RCNPriv0110 | RCNPriv0281 | RCNPriv0434 | RCNPriv0633 | RCNPriv0960 | RCNPriv1506 | |
| RCNPriv0139 | RCNPriv0294 | RCNPriv0435 | RCNPriv0637 | RCNPriv0973 | RCNPriv1514 | |

### III. The Category 3 Documents

The Court described Category 3 documents as "withheld documents on which an attorney is named and participates in the relevant discussion, but which Plaintiff argues do not involve the exchange of legal advice." 16 documents are identified in Category 3. As described in Plaintiffs' submission (Dkt. No. 312), Plaintiffs had a very limited ability to identify documents in this category based on RCN's privilege log and identified these 16 as an example. Given the small volume, Plaintiffs respectfully request that the Court review all 16. If the Court wishes to review only a 20% sample, however, Plaintiffs ask that the Court review RCNPriv0253, RCNPriv1037, and RCNPriv1156

Respectfully submitted,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*s/ Kathleen N. Fennelly*

KATHLEEN N. FENNELLY

cc:  All counsel (via ECF and e-mail)