Michael C. Witsch
Attorney ID No. 029842012
ARMSTRONG TEASDALE LLP
Two Logan Square
100 N. 18th Street, Suite 710
Philadelphia, PA 19103
Tel. (267) 780-2000
Fax. (215) 405-9070
mwitsch@atllp.com

Richard L. Brophy (*pro hac vice*)
Zachary C. Howenstine (*pro hac vice*)
Mark A. Thomas (*pro hac vice*)
Kyle G. Gottuso (*pro hac vice*)
Sydney K. Johnson (*pro hac vice*)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Fax: (314) 621-5065

Stephanie M. Piper (*pro hac vice*)
ARMSTRONG TEASDALE LLP
400 Park Ave., 12th Floor
New York, NY 10022
(212) 209-4400
smpiper@atllp.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>RCN TELECOM SERVICES, LLC, et al.,<br><br>Defendants. | **No. 3:19-cv-17272-RK-TJB**<br><br>**NOTICE OF MOTION FOR RECONSIDERATION**<br><br>**MOTION DAY: OCTOBER 5, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, on October 5, 2026, or as soon thereafter as the parties may be heard, Defendants RCN Telecom Services, LLC, et al. (collectively "RCN") shall move before the Hon. Robert Kirsch, U.S.D.J., for an

Order pursuant to Fed. R. Civ. P. 54(b) to reconsider the Court's August 31, 2020 Memorandum Opinion and Order (Dkt. Nos. 88 & 89) and grant RCN's Motion to Dismiss (Dkt. No. 15).

**PLEASE TAKE FURTHER NOTICE** that RCN will rely upon its Memorandum of Law in support of its Motion for Reconsideration.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rules 7.1(b)(4) and 78.1(b), RCN respectfully requests that the Court hold oral argument on this Motion.

Dated: August 31, 2026

*<u>/s/ Michael C. Witsch</u>*
Michael C. Witsch
Attorney ID No. 029842012
ARMSTRONG TEASDALE LLP
Two Logan Square
100 N. 18th Street, Suite 710
Philadelphia, PA 19103
Tel. (267) 780-2000
Fax. (215) 405-9070
mwitsch@atllp.com

Richard L. Brophy*
Zachary C. Howenstine*
Mark A. Thomas*
Kyle G. Gottuso*
Abigail A. Twenter*

Sydney K. Johnson*
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
rbrophy@atllp.com
zhowenstine@atllp.com
kgottuso@atllp.com
skjohnson@atllp.com

Stephanie M. Piper*
ARMSTRONG TEASDALE LLP
400 Park Ave., 12th Floor
New York, NY 10022
(212) 209-4400
smpiper@atllp.com

*Admitted Pro Hac Vice

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 31, 2026, I caused a true and correct copy of the foregoing to be filed via the ECF system and served on all counsel of record.

*/s/ Michael C. Witsch*
Michael C. Witsch