**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UMG RECORDINGS, INC., et al.,<br><br>Plaintiff,<br><br>vs.<br><br>RCN TELECOM SERVICES, LLC, et al.,<br><br>Defendants. | No. 3:19-cv-17272-RK-TJB |

**[PROPOSED] ORDER**

**THIS MATTER** having come before the Court on Defendants RCN Telecom Services, LLC, et al.'s ("RCN") Motion for Reconsideration, having received notice and having had the opportunity to be heard; and the Court having considered all the papers filed in support thereof, all papers in opposition thereto, and any oral argument of counsel at any hearing on the motion, and good cause appearing, hereby ORDERS as follows:

**IT IS** on this ______ day of ________, 2026, hereby

**ORDERED** that RCN's Motion for Reconsideration of the Court's August 31, 2020 Memorandum Opinion and Order (Dkt. Nos. 88 & 89) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court's August 31, 2020 Memorandum Opinion and Order are **VACATED**; and

**IT IS FURTHER ORDERED** that RCN's Motion to Dismiss (Dkt. No. 15)

is hereby GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiffs UMG Recordings, Inc. et al.'s Amended Complaint (Dkt. No. 9) is dismissed with prejudice and in its entirety as to RCN.

________________________________
Hon. Robert Kirsch, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 31 2026, I caused a true and correct copy of the foregoing to be filed via the ECF system and served on all counsel of record.

*/s/ Michael C. Witsch*
Michael C. Witsch